# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SIEGFRIED LEWIS**                                                                                       **PLAINTIFF**

**VS.**                                              **4:18-CV-00510-BRW**

**ARKANSAS STATE POLICE**                                                                       **DEFENDANT**

## RECUSAL ORDER

Because Plaintiff works as a court security officer for the Eastern District of Arkansas, I RECUSE.

Accordingly, the Clerk of the Court is directed to randomly reassign this case to another district judge.

IT IS SO ORDERED this 1st day of December, 2021.


                                                            Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE