THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALICIA MAY DILLON**                                                                                    **PLAINTIFF**

v.                              **Case No. 4:19-cv-00218-KGB**

**WHITE COUNTY DETENTION CENTER,** *et al.*                              **DEFENDANTS**

## ORDER

Before the Court is the status of this case. In September 2021, the Court entered an Order ("September Order") addressing several outstanding motions (Dkt. No. 78). Over a week later, plaintiff Alicia May Dillon filed a notice of change of address (Dkt. No. 79). The United States Postal Service returned the Court's September Order and marked it undeliverable with no forwarding address (Dkt. No. 80). Section 5.5 (c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

The rule requires *pro se* plaintiffs to keep track of their cases and apprise the Court of any address change. Accordingly, the Court directs Ms. Dillon to show cause by March 29, 2022, as to why the Court should not dismiss without prejudice this case for failure to comply with Local Rule 5.5 (c)(2).

Furthermore, the Court, if appropriate, will enter a final scheduling order via separate Order on or before April 15, 2022. As Ms. Dillon failed to comply with the directive to file a Rule 26(f)

report within 21 days of the Court's September Order, the Court will base that final scheduling order solely on the defendants' Rule 26(f) report (Dkt. Nos. 61; 78).

It is so ordered this 7th day of March, 2022.

_____
Kristine G. Baker
United States District Judge