UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

---

Siegfreid Lewis,                                      Case No. 4:18-cv-0510 (WMW)

                        Plaintiff,

                                                              **ORDER**

        v.

Arkansas State Police,

                        Defendant.

---

This matter is before the Court on the motion of attorney William C. Bird to withdraw as counsel for Defendants in this case.  (Dkt. 90.)  Under Rule 83.5(f) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, "[n]o attorney shall withdraw from an action or proceeding except by leave of Court after reasonable notice has been given to the client and opposing counsel."  Here, Bird represents that his employment with the Office of the Attorney General ended effective May 6, 2022, and that Defendants will continue to be represented by their remaining attorney of record in this case.  Accordingly, granting permission for Bird's withdrawal is warranted.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that attorney William C. Bird's motion to withdraw as counsel, (Dkt. 90), is **GRANTED**.


Dated:  August 24, 2022                               s/Wilhelmina M. Wright
                                                      Wilhelmina M. Wright
                                                      United States District Judge