FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 05 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIEGFREID LEWIS**                                                     **PLAINTIFF**

v.                          CASE NO. 4:18-CV-00510-JWB

**ARKANSAS STATE POLICE**                                          **DEFENDANT**

## NOTICE OF REASSIGNMENT

Pursuant to the designation of a United States District Judge for service in another district within the Circuit signed by Chief Judge Lavenski R. Smith, United States Court of Appeals, Eighth Circuit on December 4, 2023, the Honorable Jerry W. Blackwell, Judge of the U.S. District Court, District of Minnesota, was designated to hold court in the U.S. District Court, Eastern District of Arkansas and preside over this case.

Dated this 5th day of December, 2023.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

By: _____
Deputy Clerk