# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**SIEGFREID LEWIS**                                                                                           **PLAINTIFF**

v.                                              **CASE NO. 4:18-cv-510-JWB**

**ARKANSAS STATE POLICE, et al.**                                                           **DEFENDANTS**

### NOTICE OF APPEARANCE AND
### MOTION FOR SUBSTITUTION OF COUNSEL

Assistant Attorney General Kesia Morrison respectfully submits her entry of appearance as counsel on behalf of Defendant Arkansas State Police and moves the Court for leave to substitute her appearance as counsel.

Assistant Attorney General Brittany Edwards previously entered her appearance in this matter but left the Arkansas Attorney General's Office. As such, the undersigned respectfully requests that she be granted leave to be substituted as counsel in this matter. Senior AAG Cooper and AAG Morrison will represent the ASP.

I, the undersigned counsel, hereby certify that I am admitted to practice in this court. I respectfully place the Clerk of the Court and all parties of record on notice of my appearance and request that all future service and correspondence be sent accordingly.

WHEREFORE, the undersigned respectfully requests the Court grant her leave to be substituted as counsel for the Defendant in this lawsuit and to remove Brittany Edwards as attorney of record for the Defendant.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General


By:    Kesia Morrison
        Ark Bar No. 2015244
        Assistant Attorney General
        Office of the Arkansas Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone: (501) 682-3997
        Fax:    (501) 682-2591
        Email: kesia.morrison@arkansasag.gov

*Attorneys for Defendant*