IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIEGFREID LEWIS**                                                                                      **PLAINTIFF**

vs.                                          No. 4:18-cv-510-JWB

**ARKANSAS STATE POLICE**                                                        **DEFENDANT**

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Plaintiff Siegfreid Lewis, by and through their undersigned counsel, and for his Unopposed Motion to Continue Trial Date, alleges and states the following:

1. On February 21, the Court set this matter for a bench trial at 9:30 a.m. on March 25, 2024, before the Honorable Jerry W. Blackwell (ECF No. 115).

2. Plaintiff's lead counsel has a trial in Illinois the week of March 18, 2024, which was set before the trial in this matter. Additionally, based on the status of the case, it is very unlikely to settle prior to trial.

3. Therefore, Plaintiff requests that the trial currently set for March 25, 2024, be extended for a period of at least sixty (60) days. Plaintiff also requests that all remaining pretrial deadlines be extended an equal number of days.

4. The requested extension would not prejudice either party, and this Motion is not being filed for any improper purpose or for delay.

5. Undersigned counsel has conferred with counsel for Defendant, and Defendant does not object to the requested continuance.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests the Court grants this Motion and continue the trial date and remaining pretrial deadlines for a period of at least sixty (60) days.

Respectfully submitted,

**PLAINTIFF SIEGFREID LEWIS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

*Local Counsel for Plaintiff*

MUNGO & MUNGO AT LAW, PLLC
31700 Telegraph Road, Suite 250
Bingham Farms, Michigan 48025
Telephone: (248) 792-7557
Facsimile: (248) 792-7303

Leonard Mungo
Michigan Bar No. 43562
caseaction@mungoatlaw.com
*Admitted Pro Hac Vice*

*Lead Counsel for Plaintiff*