# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SIEGFRIED LEWIS**                                                                                  **PLAINTIFF**

**v.**                         **CASE NO. 4:18-CV-00510-JWB**

**ARKANSAS STATE POLICE**                                               **DEFENDANT**

## NOTICE OF APPEARANCE

Assistant Attorney General Laura Purvis respectfully enters her appearance as counsel for Defendant, the Arkansas State Police, and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

                                      Respectfully submitted,

                                      TIM GRIFFIN
                                      Attorney General

                   By:    Laura Purvis
                          Ark. Bar No. 2023239
                          Office of the Arkansas Attorney General
                          323 Center Street, Suite 200
                          Little Rock, AR 72201
                          Phone:  (501) 682-3085
                          Fax:    (501) 682-2591
                          Email:  laura.purvis@arkansasag.gov

                          *Attorneys for Arkansas State Police*