IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIEGFRIED LEWIS**                                                                **PLAINTIFFS**

vs.                                    No. 4:18-cv-510-WMW

**ARKANSAS STATE POLICE**                                                     **DEFENDANTS**

### MOTION TO WITHDRAW—ATTORNEY SAMUEL BROWN

Attorney Samuel Brown, an attorney of record herein, for his Motion to Withdraw as counsel for all Plaintiff, states as follows:

1.  The undersigned has resigned as a full-time member of the Sanford Law Firm, PLLC, effective 28 August 2024.

2.  Josh Sanford of the Sanford Law Firm, PLLC, who has entered an appearance herein will remain counsel for all Plaintiffs.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Samuel Brown withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY SAMUEL BROWN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com