## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SIEGFRIED LEWIS**                                                                                         **PLAINTIFF**

**v.**                              **CASE NO. 4:18-CV-00510-JWB**

**ARKANSAS STATE POLICE**                                                                        **DEFENDANT**

### MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW Defendant Arkansas State Police, by and through its counsel, Attorney General Tim Griffin and Assistant Attorney General Laura Purvis, and for its Motion to Substitute Counsel, states:

1. Kesia Morrison is no longer an attorney with the Arkansas Attorney General's Office nor will she be handling this case.

2. This case has been reassigned to Assistant Attorney General Laura Purvis, who now represents the Defendant and should be substituted as counsel of record.

3. Senior Assistant Attorney General Carl F. "Trey" Cooper, III will remain the lead attorney for Defendant in this matter.

3. Defendant requests that the Court and Plaintiff direct all future pleadings and correspondence to Laura Purvis at the Attorney General's Office.

**WHEREFORE**, Defendant Arkansas State Police respectfully requests this Court grant its Motion for Substitution of Counsel and that Laura Purvis be subsituted in place of Kesia Morrison as Defendant's counsel of record.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General


By:    Laura Purvis
        Ark. Bar No. 2023239
        Office of the Arkansas Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone:  (501) 320-3085
        Fax:     (501) 682-2591
        Email:  laura.purvis@arkansasag.gov

        *Attorneys for Arkansas State Police*