IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SIEGFREID LEWIS**                                                                 **PLAINTIFF**

vs.                             Case No. 4:18-cv-510-BSM

**ARKANSAS STATE POLICE, JEFF SHEELER,**                       **DEFENDANTS**
**MIKE HAGAR and WILLIAM J. BRYANT**

**PLAINTIFF'S AFFIRMATIVE DEPOSTION DESIGNATIONS**

| Witness | Deposition Page and Line Numbers |
|---|---|
| Lynn Breckenridge | P. 13 l. 1 - 18; p. 26 l. 2 – 25; p. 27 l. 1 – 23; p. 55 l. 1 – 25; p. 56 l. 1 – 5; p. 76 l. 13 – 25; p. 77 l. 1 – 11. |
| Gregory Downs | P. 82 – p. 89 l. 1 – 3. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |