AO 187 (Rev. Locally 03/18) Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

SIEGFREID LEWIS

V.

ARKANSAS STATE POLICE

**WITNESS LIST**

Case Number: 4:18-cv-00510

| PRESIDING JUDGE<br>Judge Jerry W. Blackwell | PLAINTIFF'S ATTORNEY<br>Leonard Mungo | DEFENDANT'S ATTORNEY<br>Carl F. "Trey" Cooper, III |
|---|---|---|
| TRIAL DATE (S)<br>10/01/2024 - 10/04/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Darran Austin |
| | | | | | Colonel Michael Hagar |
| | | | | | Captain Jeffrey Sheeler |
| | | | | | Siegfreid Lewis |
| | | | | | Lieutenant Mike Bain |
| | | | | | Any witness listed by Plaintiff |
| | | | | | Any rebuttal witness |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages