**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SIEGFRIED LEWIS**                                                                                            **PLAINTIFF**

v.                                       **CASE NO. 4:18-CV-00510-JWB**

**ARKANSAS STATE POLICE**                                                                        **DEFENDANT**

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant submits the following proposed voir dire questions and prays the Court will ask the following questions of the panel:

1. Have you or any of your close family members ever worked in law enforcement or a related field?

2. Have you or anyone close to you ever had a positive or negative experience with the Arkansas state police?

3. Do you have any strong opinions, positive or negative, about law enforcement officers?

4. Have you or members of your immediate family been incarcerated?

5. Have you or a close family member ever experienced discrimination at work?

6. Have your or a close family member ever filed a grievances or lawsuits against an employer for race discrimination?

7. Have you or a close family member ever filed a grievance or lawsuit against an employer for any reason?

8. Do you believe that if a person or employer is accused of racism in the workplace resulting in a trial that the person or employer must prove that they are not racist?

9. Do you believe that government agencies are generally fair or unfair in their employment practices?

10. Are you involved in any organizations virtually or in-person that supports or opposes law enforcement?

11. Have you ever been involved in a virtual or in-person protest of any kind?

12. Is there anything about this type of case, involving allegations of race discrimination against the state police, that would make it difficult for you to be fair and impartial?

13. Have you had any personal experiences in life that would make it difficult for you to be a fair and impartial juror in a case involving police officers?

14. Have you had any personal experiences in life that would make it difficult for you to be a fair and impartial juror in a case involving allegations of discrimination?

15. Have you had any personal experiences in life that would make it difficult for you to be a fair and impartial juror in a case involving a government agency?

16. Have you had any personal experiences in life that would make you automatically distrust the government?

17. Have any of you had any personal experiences with the Attorney General's Office that would make you favor or disfavor the Arkansas State Police because they are represented by the AGO's office?

18. Is there anything else you think we should know about your ability to be an impartial member of the jury?

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    Carl F. "Trey" Cooper, III (ABN 2007294)
        Senior Assistant Attorney General
        Laura Purvis (ABN 2023239)
        Assistant Attorney General
        Office of the Arkansas Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone:  (501) 320-3085
        Fax:     (501) 682-2591
        Email: trey.cooper@arkansasag.gov
               laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*