AO 187 (Rev. Locally 03/18) Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    ARKANSAS

**SIEGFREID LEWIS**
**V.**
**ARKANSAS STATE POLCIE** *et al.*

**WITNESS LIST**

Case Number:  4:18-cv-00510

| PRESIDING JUDGE<br>Hon. Jerry W. Blackwell | PLAINTIFF'S ATTORNEY<br>Leonard Mungo | DEFENDANT'S ATTORNEY<br>Carl "Trey" Cooper III |
|---|---|---|
| TRIAL DATE (S)<br>10/1/2024 – 10/-/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Siegfreid Lewis – Plaintiff; Will testify that ASP unlawfully discriminated against him based on his race. |
| | | | | | Don Johnson – Comparator; Will testify that he had experienced performance issues relative to his duties as a Sergeant. |
| | | | | | Matthew Toon – ASP Trooper; Will testify as to Plaintiff's work ethic, the shortage of manpower. |
| | | | | | Keith Eremea – Former ASP Captain will testify as to Plaintiff's work ethic. |
| | | | | | Wynona Bryant-Williams; Will provide testimony as to Plaintiff's humiliation and embarrassment with regard to Plaintiff's non-economic damages. |
| | | | | | Jeffrey Sheeler – ASP LT. and Plaintiff's Supervisor; Will testify about his taking unlawful adverse employment action against Plaintiff. |
| | | | | | Alex Finger – Former ASP Captain; Will testify as to Plaintiff's work performance. |
| | | | | | Michael Hagar – ASP Employee; Will testify as to Plaintiff being placed on a corrective action plan. |
| | | | | | Lynn Breckenridge – Former ASP Trooper; Will testify as to the effect of Plaintiff's transfer on Plaintiff's transfer from the desk on Plaintiff. |
| | | | | | Eric Agee – Former ASP Sergeant; Will testify as to the work shortage and shortage of personnel and manpower during Plaintiff's time as Sergeant. |
| | | | | | Elvis Mull – Former ASP Sergeant; Will testify as to Plaintiff's white coworkers being treated more favorably. |
| | | | | | Darran Austin – Plaintiff's former Supervisor; Will testify as to Plaintiff's work performance evaluations. |
| | | | | | Any rebuttal witnesses |
| | | | | | Any witnesses on Defendant's witness list |
| | | | | | Cheryl McNeary; Will testify the effect the transfer had on Plaintiff. |
| | | | | | Joe Lawson; Former ASP Civilian employee, will testify to the fact that he was supervised as a civilian employee by Plaintiff. |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages