# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF    ARKANSAS

**SIEGFREID LEWIS**
V.
Arkansas State Police *et al.*

**EXHIBIT LIST**

Case Number:  4:18-cv-00510

| PRESIDING JUDGE<br>Hon. Jerry W. Blackwell | PLAINTIFF'S ATTORNEY<br>Leonard Mungo | DEFENDANT'S ATTORNEY<br>Carl "Trey" Cooper III |
|---|---|---|
| TRIAL DATE (S)<br>10/1/2024 – 10/-/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Letter of Warning from Sheeler to Plaintiff Dated 6/1/2017 -- ASP 875 |
| 2 | | | | | Corrective Action Form 6/2/2017 Placing Plaintiff on CAP -- ASP 879-880 |
| 3 | | | | | Memo dated 7/5/2017 from Sheeler to Plaintiff -- ASP 876-878 |
| 4 | | | | | Plaintiff's 3/27/2014 Performance Evaluation -- ASP 2150-2152 |
| 5 | | | | | Plaintiff's 4/3/2015 Performance Evaluation -- ASP 2147-2149 |
| 6 | | | | | Plaintiff's 3/17/2016 Performance Evaluation -- ASP 2144- 2146 |
| 7 | | | | | Plaintiff's 4/24/2017 Performance Evaluation -- ASP 001-003 |
| 8 | | | | | Email from Bill Bryant re. Merit Bonus Pay dated 6/2/2017 -- ASP 2287 |
| 9 | | | | | Plaintiff's Lump Sum Payment Dated 6/17/2017 -- ASP 2293 |
| 10 | | | | | Email from Bill Bryant re. Pay Performance Compensation Process Dated 6/25/2018 -- ASP 2286 |
| 11 | | | | | Plaintiff's Pay Info dated 7/05/2018 -- ASP 2294 |
| 12 | | | | | Memo to Plaintiff from Sheeler dated 12/18/2018 -- ASP 015-016 |
| 13 | | | | | Document Acknowledging Plaintiff Lawsuit by Downs to Hagar -- ASP 327-331 |
| 14 | | | | | Lewis Complaining that Others not completing their Reports -- ASP 334 |
| 15 | | | | | Emails from Darran Austin -- ASP 648-663 |
| 16 | | | | | Emails from Sheeler to Plaintiff -- ASP 1596- 2135 |
| 17 | | | | | Don Johnson Performance Memo -- ASP 2285-2286 |
| 18 | | | | | General Operations Policy Manual -- ASP 2161-2170 |
| 19 | | | | | Law Enforcement Policy Manual -- ASP 2198 - 2224 |
| 20 | | | | | Corrective Action Form with New Duties PLT 02-05 |
| 21 | | | | | Sheeler Email to Williams, Lewis, Johnson and Bain -- PLT 40-41 |
| 22 | | | | | Bain Pending Reports -- PLT 42-53 |
| 23 | | | | | Email Describing Plaintiff's New Duties -- PLT 54-55 |

| | | | | | |
|---|---|---|---|---|---|
| 24 | | | | | Plaintiff's 2018 Performance Evaluation ASP 2141-2143 |
| 25 | | | | | Plaintiff's 2018 W2 Forms – PLT 56 - 57 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of    2    Pages