VERDICT

**Note:**   Complete the following paragraph by writing in the name required by your verdict.

On the race discrimination claim of plaintiff Siegfried Lewis as submitted in Instruction _____, we find in favor of:

_____
(Plaintiff Siegfried Lewis)              or              (Defendant Arkansas State Police)

**Note:**   Answer the next question only if the above finding is in favor of the plaintiff. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

Has it been proved that the defendant would have reassigned the plaintiff in the absence of the impermissible motivating factor?

_____Yes              _____No
(Mark an "X" in the appropriate space)

**Note:**   Complete the following paragraphs only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.]5

We find the plaintiff's lost wages and benefits through the date of this verdict to be:

$ _____ (stating the amount or, if none, write the word "none").

We find the plaintiff's other damages, excluding lost wages and benefits, to be:

$ _____ (stating the amount [or, if you find that the plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)]).

                                                      _____
                                                      Foreperson

Dated: _____

MODEL CIVIL JURY INSTRUCTIONS, 8ᵀᴴ CIRCUIT (2019) – 5.80