IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SIEGFREID LEWIS**                                                                 **PLAINTIFF**

vs.                           Case No. 4:18-cv-510-BSM

**ARKANSAS STATE POLICE, JEFF SHEELER,**                       **DEFENDANTS**
**MIKE HAGAR and WILLIAM J. BRYANT**

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. How many of you get upset when you hear about an employer treating its employees unfairly?

2. If you get upset when you see people treated unfairly does that mean you have a bias or do you just have a conscience?

3. To be a fair juror, all you have to do is let the facts determine whether you have a reason to be angry at the defendant, can you all make that determination whether to be mad based on the evidence alone?

4. How do you feel about being treated unfairly?

5. How do you feel about an employee being treated less favorably than another employee when the employee treated worse is a good worker.

6. How many of you have been treated unfairly by your employer or witnessed a coworker being treated unfairly by your employer? How did this make you feel?

7. Has anyone had something of value taken away from them unjustly?

8. Has anyone been harassed or mistreated or witnessed others being harassed or mistreated by their employer enough to feel like the work environment isn't fair, when it should be fair?

9. Do such negative experiences make you feel like employers should be held accountable when they treat employees unfairly?

10. Do you feel like employers should be held accountable for failing to take the steps needed to maintain an environment free from discrimination?

11. If the evidence in this trial convinces you that this Defendant did absolutely nothing wrong, do they have any reason to be worried about you serving as a juror?

12. Can you receive the evidence presented to you and judge this employer based solely on their actions?

13. Do you feel employers should enforce their anti-discrimination rules, (if any) to ensure the workplace is free of discrimination?

14. Has anyone here ever worked in the capacity of a manager and or supervisor?

15. Do you feel like supervisors and or managers should be held to a higher standard than their subordinates?

16. How many of you feel that if an employer failed to take the proper steps necessary to keep the work environment free from racial discrimination, that they would make that admission to a jury?

17. Would you ever expect to see that type of admission in a race discrimination case? Why or why not?

18. How many of you feel like someone who has been treated unfairly at a job, because of a reason they cannot control such as disability, age, color of skin, marital status, etc., should file a lawsuit against their company? Or should they move on with their life?

19. How many of you feel your sense of human dignity and self-worth is priceless.

20. Are you open to awarding damages in the seven figures in order to hold an employer fully accountable for their wrongdoing?

21. How do you feel about awarding an employee seven-figures because of a negative change in the quality of their life caused by their employer?

22. Who feels it's unfair to hold an employer accountable by awarding an employee money for emotional distress where it is proven that the employer mistreated the employee and where it is the employee's only recourse?

23. What are your feelings about using money to compensate for being mistreated in the workplace? Fair?