IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**SIEGFRIED LEWIS**                                                                                          **PLAINTIFF**

v.                                         CASE NO. 4:18-cv-510-BSM

**ARKANSAS STATE POLICE**                                                                       **DEFENDANT**

## JOINT STIPULATIONS

1. Plaintiff was employed by the Arkansas State Police from 1985 until he retired in 2019.

2. Plaintiff was promoted to the rank of sergeant in 1995.

3. Plaintiff was put on a Corrective Action Plan and temporarily reassigned from a post supervisory role to a duty sergeant role on or about June 2, 2017.

4. Plaintiff's direct supervisor at the time he was reassigned was Lieutenant Jeffrey Sheeler.

5. Plaintiff filed a Charge of Discrimination with the EEOC on October 31, 2017, based on race.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    Carl F. "Trey" Cooper, III (ABN 2007294)
       Senior Assistant Attorney General
       Laura Purvis  (ABN 2023239)
       Assistant Attorney General
       Office of the Arkansas Attorney General
       323 Center Street, Suite 200
       Little Rock, AR 72201
       Phone:  (501) 320-3085
       Fax:     (501) 682-2591
       Email: trey.cooper@arkansasag.gov
             laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*

AND

/s/ Leonard Mungo
Leonard Mungo (P43562)
Mungo & Mungo at Law, PLLC
Attorney for Plaintiff
(248) 792 -7557
caseaction@mungoatlaw.com

*Attorneys for Siegfried Lewis*