# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**SIEGFRIED LEWIS**                                                                              **PLAINTIFF**

**v.**                             **CASE NO. 4:18-cv-510-BSM**

**ARKANSAS STATE POLICE**                                                          **DEFENDANT**

### JOINT LIST OF PARTIES, ATTORNEYS, AND WITNESSES

**Parties & Attorneys**

The Plaintiff is Siegfried Lewis, and he is represented by Leonard Mungo, Leonard Brandyn Mungo and Nathan Mungo of Mungo & Mungo at Law, PLLC, Sean Short and Joshua Sanford of Sanford Law Firm, PLLC.

The Defendant is the Arkansas State Police, and it is represented by Carl F. "Trey" Cooper, III and Laura L. Purvis of the Arkansas Attorney General's Office.

**Witnesses**[1]

       1.      Siegfreid Lewis

       2.      Don Johnson

       3.      Lieutenant Matthew Toon

       4.      Keith Eremea

       5.      Wynona Bryant-Williams

       6.      Captain Jeffrey Sheeler

       7.      Colonel Michael Hagar

---

[1] Neither party waives their right to object to the witness being called to testify by agreeing to the witness's inclusion on this list.

8. Alex Finger

9. Lynn Breckenridge

10. Eric Agee

11. Lieutenant Darran Austin

12. Sergeant Elvis Mull

13. Cheryl McNeary

14. Lieutenant Michael Bain

15. Joe Lawson

                Respectfully submitted,

                TIM GRIFFIN
                Attorney General

By:   Carl F. "Trey" Cooper, III (ABN 2007294)
       Senior Assistant Attorney General
       Laura Purvis  (ABN 2023239)
       Assistant Attorney General
       Office of the Arkansas Attorney General
       323 Center Street, Suite 200
       Little Rock, AR 72201
       Phone:  (501) 320-3085
       Fax:     (501) 682-2591
       Email:  trey.cooper@arkansasag.gov
               laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*

AND

<u>/s/ Leonard Mungo</u>
Leonard Mungo (P43562)
Mungo & Mungo at Law, PLLC
Attorney for Plaintiff
(248) 792 -7557
caseaction@mungoatlaw.com

*Attorneys for Siegfried Lewis*

2