IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**SIEGFRIED LEWIS**                                                                                    **PLAINTIFF**

v.                                          **CASE NO. 4:18-cv-510-BSM**

**ARKANSAS STATE POLICE**                                                              **DEFENDANT**

**JOINT INTRODUCTION**

Plaintiff Siegfried Lewis was employed by the Arkansas State Police from 1985 to 2019. Mr. Lewis alleges that, in 2017, he was a patrol sergeant in Troop A where he had supervisory authority over state troopers. Mr. Lewis alleges that he had his supervisory authority over state troopers taken away and was transferred to a desk job/position. Mr. Lewis' direct supervisor (a White Male) that who made the decision to take that action with the approval of the Arkansas State Police was Lieutenant Jeffrey Sheeler. Mr. Lewis alleges that he had his supervisory authority over state troopers taken away and was transferred to a desk job/position while a white sergeant (co-worker) accused of the same or similar job performance issues did not have his supervisory authority over state troopers taken away and was not transferred to a desk job/position. Mr. Lewis claims that a motivating factor for having had his supervisory authority over state troopers taken away and being transferred to a desk job/position was his race.

The Arkansas State Police deny that Mr. Lewis's race played any part in the decision to transfer him to the desk sergeant position. The Arkansas State Police contend that Mr. Lewis was transferred because he failed to correct longstanding performance issues with his supervisory responsibilities.

Respectfully submitted,

TIM GRIFFIN
Attorney General


By:   Carl F. "Trey" Cooper, III (ABN 2007294)
Senior Assistant Attorney General
Laura Purvis  (ABN 2023239)
Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 320-3085
Fax:     (501) 682-2591
Email:  trey.cooper@arkansasag.gov
           laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*

AND


/s/ Leonard Mungo
Leonard Mungo (P43562)
Mungo & Mungo at Law, PLLC
Attorney for Plaintiff
(248) 792 -7557
caseaction@mungoatlaw.com

*Attorneys for Siegfried Lewis*