# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**SIEGFRIED LEWIS**                                                                               **PLAINTIFF**

**v.**                                     **CASE NO. 4:18-cv-510-BSM**

**ARKANSAS STATE POLICE**                                                        **DEFENDANT**

## STIPULATED NOTICE TO WITHDRAW DEPOSITION DESIGNATIONS

The parties to the above referenced matter hereby stipulate the withdrawal of its respective deposition designations and counter designations for trial filed with this honorable Court on September 3, 2024. Specifically, Plaintiff and Defendant withdraws its recently filed ECF filing docket numbers 128 and 129.


*/s/ Leonard Mungo*

Leonard Mungo (P43562)
Mungo & Mungo at Law, PLLC
Attorney for Plaintiff
(248) 792-7557
caseaction@mungoatlaw.com

AND

Respectfully submitted,
TIM GRIFFIN
Attorney General

*/s/ Carl F Cooper III*
Carl F. "Trey" Cooper, III (ABN 2007294)
Senior Assistant Attorney General
Laura Purvis  (ABN 2023239)
Assistant Attorney General
Office of the Arkansas Attorney General

323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 320-3085
Fax:     (501) 682-2591
Email: trey.cooper@arkansasag.gov
         laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*