# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

---

| | |
|---|---|
| Siegfreid Lewis, | Civ. No. 18-510 (JWB) |
| Plaintiff, | |
| v. | |
| | **FINAL PRETRIAL** |
| Arkansas State Police, | **CONFERENCE AGENDA** |
| Defendant. | |

---

1. **Trial Schedule**

2. **Voir Dire/Jury Process**

3. **Housekeeping Items**

    a. Exhibits

    b. Witnesses

    c. Motions in Limine

4. **Court's Preliminary Jury Instructions**

5. **Additional Information about Witnesses and Exhibits**

6. **Opening Statements and Use of Demonstrative Exhibits**

7. **Courtroom Rules**

8. **Conference Rooms**


Date: September 17, 2024         *s/ Jerry W. Blackwell*
                                 JERRY W. BLACWELL
                                 United States District Judge