UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

---

Siegfreid Lewis,　　　　　　　　　　　　　　　　　　　　　Civ. No. 18-510 (JWB)

　　　　　　　　Plaintiff,

v.

Arkansas State Police,　　　　　　　　　　　　　　　　**ORDER SETTING**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**FINAL DEADLINES**

　　　　　　　　Defendant.

---

Based on the discussion at the Final Pretrial Conference held on September 17, 2024, **IT IS HEREBY ORDERED** that:

　　　1.　　By Friday, **September 20, 2024**, each side must submit its position on the Title VII damages cap, not to exceed two pages. Defendant must also state the size of the Arkansas State Police workforce, as of the time of Plaintiff's alleged demotion and presently.

　　　2.　　Any Motion in Limine regarding damages or damages theories must be filed on or before Friday, **September 20, 2024**. All responses to Motions in Limine must be filed by Wednesday, **September 25, 2024**.

　　　3.　　Any requests for reconsideration must be filed on or before Friday, **September 20, 2024**. All responses to requests for reconsideration must be filed by Wednesday, **September 25, 2024**.

　　　4.　　Defendant must email to chambers a PDF of Plaintiff's Exhibit Nos. 8, 9, 10, and 11 by Friday, **September 20, 2024**.

5. On or before Wednesday, **September 25, 2024**, the parties must meet and confer on what Plaintiff has proposed to do with Plaintiff's Exhibit No. 16 and must file (and submit in Word format to the chambers email) a Joint Exhibit List that lists all Exhibits for Plaintiffs and Defendants in one document. Any Exhibits with remaining objections must be highlighted.

6. Any Exhibits to be used in opening statements must be exchanged by Sunday, **September 29, 2024**, at 5:00 p.m., and objections stated to opposing counsel by 12:00 p.m. on Monday, **September 30, 2024**.

7. By 5:00 p.m. on Sunday, **September 29, 2024**, each party must disclose via email to the other side (copying the chambers email) the expected order of its witnesses and any exhibits expected to be introduced for Day 1 of trial.

8. For the remaining trial days, the witnesses that a party intends to call and any exhibits intended to be introduced must be disclosed to the other side (copying the chambers email) by 9:00 a.m. at least one day before the witness is expected to be called. For example, if a party intends to call a witness to testify on Wednesday (Day 2 of trial), that party must disclose its intention to the other side by 9:00 a.m. on Tuesday (Day 1 of trial). This requirement applies to direct examination exhibits and not cross-examination exhibits.

9. A Final Pretrial Hearing will be held in person at **3:00 p.m.**, on Monday, **September 30, 2024**.

Date: September 18, 2024          *s/ Jerry W. Blackwell*
                                  JERRY W. BLACKWELL
                                  United States District Judge