# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SIEGFRIED LEWIS**                                                                                     **PLAINTIFF**

**v.**                           **CASE NO. 4:18-CV-00510-JWB**

**ARKANSAS STATE POLICE**                                               **DEFENDANT**

## DEFENDANT ASP'S COMBINED MOTION IN LIMINE & REQUEST FOR RECONSIDERATION

COMES NOW Defendant Arkansas State Police, by and through its counsel, Attorney General Tim Griffin, Senior Assistant Attorney General Carl F. "Trey" Cooper, III, and Assistant Attorney General Laura Purvis, and for its Combined Motion in Limine and Request for Reconsideration, states:

1. Plaintiff, Siegfried Lewis, filed this action against the Arkansas State Police ("ASP"). (DE 11).

2. All of Plaintiff's claims have been dismissed except his Title VII claim that the ASP discriminated against him by reassigning him to a position as a desk sergeant from a position as a highway patrol sergeant. (DE 48).

3. ASP anticipates Plaintiff will seek to introduce inadmissible evidence in the form of arguments, testimony, and exhibits. As a result, ASP presents this Combined Motion in Limine and Request for Reconsideration to exclude the inadmissible evidence.

4. ASP requests that the Court enter an Order prohibiting Plaintiff and his counsel from referencing the following irrelevant, prejudicial, and inadmissible evidence during any portion of the trial in the presence of the jury:

      a.    Any testimony, arguments, or exhibits regarding economic damages or, in the alternative, any testimony, arguments, or exhibits regarding an alleged loss in merit pay increases; and

      b.    Any testimony or arguments concerning ASP's promotional practices and the *Tappin* lawsuit.

5.    ASP is contemporaneously filing with this motion a brief in support.

6.    The following exhibits are attached and incorporated by reference into Defendant's motion and brief in support:

      a.    Ex. 1 – Plaintiff's Answers to Defendant's First Set of Interrogatories

      b.    Ex. 2 – Excerpt from Deposition of Siegfried Lewis, (pp. 160-63)

      c.    Ex. 3 – Email from Bill Bryant RE Merit Bonus Pay dated June 2, 2017

      d.    Ex. 4 – Email from Bill Bryant RE Merit Pay dated June 25, 2018

      e.    Ex. 5 – Excerpt from Deposition of Gregory Downs, (pp. 80-88)

      f.    Ex. 6 – Excerpt from Deposition of Jeffrey Sheeler, (p. 11)

**WHEREFORE**, Defendant Arkansas State Police respectfully requests this Court grant its Combined Motion in Limine and Request for Reconsideration and further requests all other just and appropriate relief to which it may be entitled.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: Carl F. "Trey" Cooper, III (ABN 2007294)
Senior Assistant Attorney General

Laura Purvis (ABN 2023239)
Assistant Attorney General

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 320-3085
Fax:     (501) 682-2591
Email:  trey.cooper@arkansasag.gov
          laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*