Page 160

1    when you the "latter years," I gave you -- well, okay.  Sir,
2    I just need you to articulate.  When you say "latter years,"
3    it's better for the record and clearer for the record for
4    the case if you tell me what years you're talking about.
5         Whenever you talk about something happening in a
6    certain period of years, I'd rather you have the years in
7    the record so that the judge, the jury, and everybody will
8    be clear on what years if we want damages that we're
9    claiming damages for; okay.
10              MR. MUNGO:  Read my question back too, please.
11              THE COURT REPORTER:  "Question:  And do you know
12         whether or not you received any lump-sum payments or
13         merit increases during those years?"
14   Q.   So I -- my question -- and when spoke years, it was
15   from 2015 up to 2018.
16   A.   '18 --
17   Q.   Can we start with the '15?  If you want to go '18 and
18   work backwards, that's fine.  However you want to do it.
19   A.   As I recall, '18 where the performance evaluation was
20   lower, my percentage would have been lower; I would have
21   gotten less.
22        Where's that '17?
23   Q.   Okay.  So you're not -- okay.  Okay.  Here.  I'm going
24   to make it -- and I apologize.  This is -- this is my fault.
25        What I want to know is whether or not you know that you

Page 161

1   were or were not paid a lump sum or a merit increase for
2   those years?
3   A.   And I'm focusing on the lump sum part.  No on the lump
4   sum.
5   Q.   Well, for -- but can you -- can you -- when you -- when
6   you talk to me about the payment or not payment, can you
7   give me the years so we will have it for the record, a good,
8   clear record.
9        Why don't we do it like this.
10       For 2015 do you recall receiving a lump-sum payment or
11  a merit increase?
12  A.   I want to say best of my recollection, yes.
13  Q.   Okay.  For 2016?
14  A.   I think at -- at or around that time, the system was
15  changing to where it wasn't a lump --
16  Q.   Well, I only -- I only need to know whether you
17  received any money; whether it was a lump sum or -- or a
18  merit increase.
19       Do you see what I'm saying?
20  A.   I -- I don't --
21  Q.   Whichever it was, did you receive any one of those?
22  A.   I don't recall that I did.
23  Q.   Okay.  Very good.
24       All right.  What about 2017?
25  A.   It would be the same.

Page 162

1   Q.   Okay.  And 2018?  The -- when you say "the same," that
2   means you did not receive, correct?
3   A.   Yeah, I don't recall receiving any increase.
4   Q.   You don't recall receive any increase.  Okay.
5        And the same question for 2018, sir.
6   A.   That was -- yes, sir, that was my answer.  I don't
7   recall receiving anything for '18.
8   Q.   Okay.  Okay.  And of course what about two thousand --
9   you retired in 2019, correct?
10  A.   Yes, sir.
11  Q.   In July.
12       Did you receive one for 2019?
13  A.   I don't recall if I did.  I -- I don't recall.
14  Q.   Okay.  Okay.  And you are making a claim for economic
15  damages, correct, monetary losses?
16  A.   Yes.
17  Q.   Okay.  And do you have an expert that will be
18  calculating those losses for you?
19  A.   Yes, sir.  Mr. Barry Grant.
20  Q.   Okay.  And you're going to rely on your expert to
21  determine what your economic losses are?
22  A.   Yes, sir.  That would be based on if I'd worked
23  those --
24  Q.   No.  I just want to know right now:
25       Are you going to rely on him to calculate those losses

1   for you?
2   A.   Yes.
3   Q.   That's all I'm asking right now.
4        Okay.  The -- when the Tappin lawsuit was filed back in
5   1991, it was on the basis of a failure to promote based on
6   race and -- it was failure to promote, disciplinary action,
7   and I think transfers; is that correct?  Based on race?
8   A.   Yes, sir.
9   Q.   Okay.  All right.  And you were one of the plaintiffs
10  in that lawsuit, correct?
11  A.   Yes, sir.
12  Q.   Okay.  And you were here during the depositions of
13  Hagar, Sheeler, and -- and some others, correct?
14  A.   Yes, sir.
15  Q.   Okay.  To your knowledge, did Hagar -- was Hagar
16  familiar or knowledgeable of the fact that you were a
17  plaintiff in the Tappin lawsuit?
18  A.   Yes, sir.
19  Q.   Okay.  Was Sheeler aware that you were a plaintiff in
20  the -- in the Tappin lawsuit?
21  A.   Yes, sir.
22  Q.   Okay.  And do you believe that they retaliated against
23  you -- or part of their unfair treatment or a basis for
24  their unfair and discriminatory treatment of you was in
25  retaliation for your having participated in that Tappin