## Greg Downs

| | |
|---|---|
| **From:** | Bill Bryant |
| **Sent:** | Friday, June 2, 2017 12:53 PM |
| **To:** | ASP All; Bill Benton; Bob Burns; Dr. Lewis Shepherd; Frank Guinn Jr; Jane Christenson (Work); John Allison; Neff Basore |
| **Subject:** | Merit Pay |

Governor Hutchinson has authorized the payment of employee merit lump sum bonuses for eligible employees to be paid during the last pay period of the fiscal year. Merit bonus payments will be processed as a lump sum payment and will be received on the paycheck dated June 23, 2017.

Payments will be awarded based on the following percentages:

- Exceeds standards 3%
- Above average 2%
- Satisfactory 1%

On behalf of Governor Hutchinson I want to commend the hard work of the dedicated troopers and civilian staff who rise above and beyond the minimum standards. The self-initiative you demonstrate toward training and overall excellence is worthy of financial reward.


**Colonel Bill Bryant**
**ASP Director**
**501-618-8299 Office**
**501-618-8222 Fax**

