```
 1   Q.    Have you got it?
 2   A.    I prefer to use something on paper -- I gave it to you.
 3   Q.    Okay.  Which one was that again?
 4   A.    Transfers and promotions is the one you're referring
 5   to.
 6   Q.    Would that be it, sir?
 7   A.    Yes.
 8   Q.    Okay.  And did that -- was -- did that policy apply
 9   during the year 2017?
10   A.    This is dated November 15, 2016.  I believe it probably
11   did.  It hasn't changed much if it has.
12   Q.    Okay.  And if it has, you're going to point out to us
13   where it changed, right?
14   A.    I don't know that without looking at -- again, without
15   a master list of all the policies --
16   Q.    Well, you've got it right there.  Your attorney gave it
17   to me in discovery.
18             MR. MUNGO:  We're going to take a quick break
19        while he does that.
20             (Recess taken.)
21   Q.    (Mr. Mungo) Okay.  So are there any provisions of the
22   rules and regulations for the Arkansas Police Department
23   that would disqualify -- that is in terms of discipline,
24   disciplinary actions and/or performance evaluations that
25   could result in a trooper such as -- and specifically
```

1  Mr. Lewis, during his tenure, service with the Arkansas
2  State Police, based upon disciplinary actions or performance
3  evaluations that would disqualify him from receiving any
4  merit increase or any sort of increase in pay?
5  A.   Well, yeah.  The answer is yes as far as merit bonuses
6  or under the current system merit pay increases.  You could
7  have a disciplinary action that rises -- that's a Letter of
8  Reprimand or above in our policy that restricts receipt of
9  any sort of merit bonus, anything that's allowed by the
10 Governor.
11 Q.   Okay.  And was that policy in effect in 2017?
12 A.   Yes.
13 Q.   Okay.  So the -- the act of Sergeant Lewis being placed
14 on a CAP, Corrective Action Plan, would have prohibited and
15 prevented Sergeant Lewis from receiving a merit increase or
16 any increase in salary or benefits of that sort; is that
17 correct?
18 A.   No.
19 Q.   So the CAP would not prevent it?
20 A.   The CAP is not a disciplinary action, no.
21 Q.   Okay.  But what about the performance issues?
22 A.   The policy specifically -- as far as what you're
23 referencing, the merit pay forfeiture, is a disciplinary
24 action that is a Letter of Reprimand or above.  So it is not
25 a performance issue; it is a disciplinary issue.

1  Q.   So if a -- if a performance evaluation was at a certain
2  level -- in other words, there is -- even if a trooper had a
3  performance appraisal where they were not meeting
4  expectations, that would not affect their ability to get a
5  merit increase?
6  A.   Your performance rating can affect the level of merit
7  increase that you can receive.  For example, when the
8  Governor authorizes it, then the Department looks at how
9  much we can afford and distributes it among the different
10 grades that you might get.
11 Q.   I see.
12      So being on a CAP could affect that, in terms of the
13 amount one would receive; correct?
14 A.   CAP is performance, is work-performance related; so
15 clearly performance evaluation would be involved in that.
16 Q.   Okay.  So it would affect the pay increase, the CAP,
17 correct?
18 A.   Yes.
19      I'm saying but they affect it -- it's apples and
20 oranges to how it affects it.  A Letter of Reprimand would
21 result in no bonus whatsoever.  You can have a different
22 level of performance that might drop you to what you had the
23 year before and -- but you would still receive a bonus; it
24 just wouldn't be the highest level, which is currently role
25 model, for example.

1  Q.   Okay.  So just to be clear:  If you have a CAP in
2  place, your pay will be decreased?  Your incentive pay or
3  merit pay would be decreased?  Or you wouldn't get as much
4  as you would have gotten without that in place; is that
5  correct?
6  A.   That is not clear, no.  It may if you don't A) succeed
7  in the Corrective Action Plan or if your supervisor chain
8  takes that into account.  For example, it hasn't expired or
9  you're still under it, it could conceivably affect your
10 performance evaluation.
11 Q.   Yeah.
12      But -- but if you're under it at the time the decisions
13 are made to -- to distribute and award the merit pay, if
14 you're under that CAP at that time, you're not going to get
15 as much as if you were not on that CAP at that time; is that
16 correct?
17 A.   If -- if you're still on it when the --
18 Q.   Yes, sir.
19 A.   -- evaluation period ends?
20 Q.   Yes, sir.
21 A.   I think likely you would, as a supervisor, take that
22 into account; that you had put them on a Corrective Action
23 Plan and they're still under it.  Now, if someone is during
24 that rating period on a Corrective Action Plan, they
25 successfully change their conduct -- or their work

Page 84

1  performance I guess is a way you'd put it better -- then I
2  don't think that would necessarily be held against them in
3  that evaluation.
4       And of course all evaluations are subject to appeal
5  process.
6  Q.   Okay.  So are you saying that if a trooper is on a CAP,
7  a program, is on a CAP during the period of time in which
8  merit increases are awarded, you're saying that he -- that
9  that potential trooper could still get the maximum potential
10 that would be available to that trooper?
11 A.   I doubt they're going to get the maximum.  But --
12 Q.   Okay.  So --
13 A.   I -- there's no hard-and-fast rule like there is for
14 disciplinary actions, is what I'm saying.
15 Q.   Okay.  All right.  So stick with me.  I'm not talking
16 about disciplinary actions, okay.  All right.  Now, stick
17 with me.  I'm talking about CAP, okay.
18      So with a CAP if a trooper is on CAP at the time merit
19 increases are awarded, that trooper cannot get as much money
20 under that merit program as he would if he had not been
21 under the CAP; is that correct?
22 A.   No.
23 Q.   That's not correct?
24 A.   That's a definitive statement.  It depends on the
25 supervisor, how they rate that person.

1  Q.   Okay.  So it's possible for that trooper to get the
2  maximum amount that would be available to that trooper while
3  he's on the CAP?  That's possible, correct?
4  A.   In theory it's possible.
5  Q.   In theory?
6  A.   Yes.
7  Q.   Okay.  Why in theory and not in practice?
8  A.   Because, again, there is a specific limitation and
9  penalty for a disciplinary action.  There is not one
10 prescribed as far as the evaluation process relative to a
11 CAP.
12       So, therefore, there is nothing that takes a --
13 you're -- a supervisor has -- a supervisor does the
14 evaluation, so they rate that person as they think is
15 appropriate.  It should be based -- obviously, it should be
16 objective.
17 Q.   Okay.
18 A.   But that doesn't mean that a person who is on a CAP --
19 that person can still say during that period he did a great
20 job in recovering, and I'm going to give him a -- he's a
21 role model.  I don't know that it's happened, because I
22 don't review that.
23 Q.   Okay.  So even though the employee is still on the CAP
24 during the time that the merit increases are awarded, you're
25 saying that that employee is still eligible to get the

1   maximum amount that they would --
2   A.    If their supervisor gives them the maximum rating,
3   then, yes, they would.  And then it's -- that's -- it's up
4   to the supervisor.  Unless it's challenged on appeal.
5   Q.    Okay.  So let me just make sure I understand what
6   you're saying, okay.
7         You're saying an employee could be on a CAP during the
8   time frame in which the merit increase dollars are awarded,
9   and his supervisor could still give him the maximum
10  potential merit award; is that correct?
11  A.    And I said it is a possibility, because there's no
12  absolute bar like there is for a disciplinary action that
13  I'm aware anywhere in policy or rule with the State Police
14  or the Office of Personnel Management, for example.
15  Q.    Okay.  Okay.  So then -- so then a CAP does not
16  absolutely bar an employee from receiving the monetary award
17  in the form of a merit increase; is that correct?
18  A.    Not like the disciplinary action, no.
19  Q.    Not like the disciplinary action?
20  A.    I'm guess what I'm saying is --
21  Q.    I mean, either it does or it doesn't, sir.  I mean,
22  when you start throwing in "disciplinary action" when I'm
23  talking about CAP, it's a little confusing; don't you think?
24  A.    Are you saying an absolute bar in policy with the CAP?
25  I'm not aware --

1  Q.   What are you saying?
2  A.   Here's what I'm saying.  I'll say it once again, sir;
3  that there is an absolute bar if you receive a disciplinary
4  action or a Letter of Reprimand --
5  Q.   I'm not talking about discipline.  Leave that alone.
6  A.   Can I finish my statement?
7  Q.   I don't want you to answer about discipline.  I'm
8  talking about the CAP.
9  A.   There is nothing that I'm aware of in policy that says
10 a CAP translates to a certain rating or prohibits a certain
11 rating that would be tied to a certain increase as awarded
12 by the Department.
13 Q.   So when you say CAPs resulting in a certain rating,
14 what does a CAP rate?  How is the CAP viewed in terms of
15 rating an employee's performance?  How is it viewed if an
16 employee has not worked through that CAP period yet?  How is
17 the CAP viewed?
18 A.   You'd have to ask each supervisor that put somebody on
19 a CAP.
20 Q.   Well, what does the policy and rules say that -- how
21 they're supposed to be viewed?
22 A.   I just said the policy and rule does not address how
23 that translates into a specific evaluation rating.
24 Q.   So what -- oh, I see.
25      So then the CAP has no particular character in terms of

1   it being negative or positive, correct?
2   A.   It is -- that is essentially correct.  It is designed
3   to get that employee to do what they're supposed to do.
4   Q.   Okay.  So if an employee then -- and this is my
5   understanding of what you're saying, then.
6        Is that even though an employee was on a CAP, they
7   could still be entitled to the full merit increase?
8   A.   It is up to that supervisor.
9   Q.   It is up to that supervisor.  Okay.  Okay.  All right.
10       So then potentially an employee who was on a CAP and
11  didn't receive a merit increase on the basis allegedly of
12  the CAP could be a form of discrimination when that employee
13  doesn't get that merit increase?
14           MR BIRD:  Object to form.
15  Q.   Possibly, correct?  Possibly?
16           MR BIRD:  Object to form.
17  A.   I would say "possibly" means anything's possible.
18  Q.   Okay.  There you go.  Thank you.
19       Were you involved in the -- in the transfer process
20  that was effected by Lieutenant Sheeler against Mr. Lewis?
21  A.   I would not call it a "transfer" as in a lateral
22  transfer; but I'm aware of the process, yes.  I'm aware of
23  the Corrective Action Plan that incorporated the desk
24  sergeant assignment.
25  Q.   Okay.  And you're aware that Sergeant Lewis was