Page 11

1  Q.   P-H-I?
2  A.   I-A.  What did I say?
3           MR. MUNGO:  P-H-I -- yeah.
4           MR. BIRD:  There's an A on the end.
5           THE WITNESS:  There is an A on the end.
6  Q.   (Mr. Mungo) I-A.
7       And what year was that, sir?
8  A.   '86.
9  Q.   '86.  Thank you.
10      Okay.  All right.  Very good, very good.
11      So you joined the Arkansas State Police in what year,
12 sir?
13 A.   1998.
14 Q.   1998.
15      You went to trooper school?
16 A.   I did.
17 Q.   How long were you in trooper school?
18 A.   17 weeks.
19 Q.   Okay.  And did you finish in '98 or '99?
20 A.   I finished on my birthday:  12/18/98.
21 Q.   Okay.  All right.  And then you started your career?
22 A.   I did.
23 Q.   You did your FTO?
24 A.   Yes, sir.
25 Q.   And you had what assignments?  What kind of