### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SIEGFRIED LEWIS**                                                                   **PLAINTIFF**

**v.**                      **CASE NO. 4:18-CV-00510-JWB**

**ARKANSAS STATE POLICE**                                         **DEFENDANT**

<u>**NOTICE OF DEFENDANT'S POSITION ON DAMAGES CAP UNDER 18 U.S.C. § 1981a(b)(3)**</u>

COMES NOW Defendant Arkansas State Police, by and through its counsel, Attorney General Tim Griffin, Senior Assistant Attorney General Carl F. "Trey" Cooper, III, and Assistant Attorney General Laura Purvis, and for its Notice of Defendant's Position on Damages Cap under 18 U.S.C. § 1981a(b)(3)[1], states:

Defendant Arkansas State Police had 938 employees in July 2017. Defendant Arkansas State Police has 938 employees as of September 19, 2024. Therefore, it is Defendant Arkansas State Police's position that, under 18 U.S.C. § 1981a(b)(3)(D), the sum of the amount of compensatory damages awarded for pecuniary loss, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses shall not exceed $300,000.00.

---

[1] Defendant set forth its position in footnote 1 of its Brief in Support of Combined Motion in Limine and Request for Reconsideration. (DE 150). Defendant is filing this notice out of an abundance of caution in a good faith effort to fully and completely follow the Court's Order Setting Final Deadlines. (DE 148).

Respectfully submitted,

TIM GRIFFIN
Attorney General


By: Carl F. "Trey" Cooper, III (ABN 2007294)
Senior Assistant Attorney General
Laura Purvis  (ABN 2023239)
Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 320-3085
Fax:     (501) 682-2591
Email: trey.cooper@arkansasag.gov
            laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*