IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SIEGFREID LEWIS**                                                                 **PLAINTIFF**

vs.                                               Case No. 4:18-cv-510-BSM

**ARKANSAS STATE POLICE**                                          **DEFENDANTS**

### PLAINTIFF'S NOTICE POSITION ON DAMAGES CAP UNDER 42 USC 1981a(b)(3) AND MOTION FOR LEAVE TO FILE THIS NOTICE OUT OF TIME

Plaintiff agrees with Defendant's position that the number of Defendant's employees at all times material and relevant hereto exceeded 500. As such pursuant to 42 U.S.C. Section 1981a(b)(3)(D), the sum of the amount of compensatory damages awarded for pecuniary loss, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses shall not exceed $300,000.00, therefore, Plaintiff agrees with and does not oppose Defendants position on the issue of the applicable caps for non-economic damages in this case.

Plaintiff also seeks leave of this court to file this notice out of time. Plaintiff inadvertently overlooked the Court's requirement for both parties to file a position on the issue. Plaintiff labored under the misunderstanding that Defendants were responsible for

reporting to the court its number of employees which would resolve the issue in accordance with the provisions of the statute. For this reason, Plaintiff requests that the court grant Plaintiff leave to file this said notice out of time.

Respectfully submitted,

Respectfully submitted,

**PLAINTIFF SIEGFRIED LEWIS**

THE MUNGO LAW FIRM, PLC
31700 Telegraph Rd., Suite 250
Bingham Farms, Michigan 48025
Telephone: (248) 792-7557
Facsimile: (248) 792-7303
caseaction@mungoatlaw.com

Leonard Mungo
Mich. Bar No. 43562
Admitted *Pro Hac Vice*
mungol16@msn.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com