IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**SIEGFRIED LEWIS**                                                                                               **PLAINTIFF**

v.                                      **CASE NO. 4:18-cv-510-BSM**

**ARKANSAS STATE POLICE**                                                                       **DEFENDANT**

**JOINT EXHIBIT LIST**

Pursuant to the Order Setting Final Deadlines (DE 148), Plaintiff and Defendant submit the following Joint Exhibit List[1]:

**JOINT EXHIBITS**

1. Letter of Warning from Sheeler to Plaintiff dated 06/01/2017 (ASP 875)

2. Corrective Action Plan dated 06/02/2017 (ASP 879 - 880)

3. Memo from Sheeler to Plaintiff dated 07/05/2017 (ASP 876 - 878)

4. Plaintiff's Performance Evaluation dated 03/27/2014 (ASP 2150 - 2152)

5. Plaintiff's Performance Evaluation dated 04/03/2015 (ASP 2147 - 2149)

6. Plaintiff's Performance Evaluation dated 03/17/2016 (ASP 2144 - 2146)

7. Plaintiff's Performance Evaluation dated 04/24/2017 (ASP 001 - 003)

8. Memo from Sheeler to Plaintiff dated 12/18/2018 (ASP 015 - 016)

9. Emails dated 09/07/2018 (ASP 334)

10. Emails from Darran Austin (ASP 648 - 663)

11. Don Johnson Performance Memo dated 10/23/2018 (ASP 2285 - 2286)

12. Email dated 01/10/2017 (ASP 2103)

---

[1] The parties agree to refer to all Exhibits, except the five Plaintiff's Exhibits below to which Defendant objects, as "Joint Exhibits" at trial.

13. Sheeler email to Williams, Lewis, Johnson, and Bain (PLT 40 - 41)

14. Bain Pending Reports (PLT 42 - 53)

15. Email describing Plaintiff's New Duties (PLT 54 - 55)

16. Email from Sheeler to Plaintiff dated 01/03/2017 (ASP 2125 - 2126)

17. Email from Plaintiff to Sheeler dated 03/23/2017 (ASP 1995)

18. Emails between Sheeler and Plaintiff (ASP 1992 - 1993)

19. Emails between Sheeler and Plaintiff (ASP 1833)

20. Emails dated 05/03/2017 (ASP 1820)

21. Emails between Sheeler and Plaintiff dated 05/19/2017 (ASP 1781)

22. Emails about office (ASP 1772 - 1773)

23. Emails dated 05/26/2017 (ASP 1768)

24. Plaintiff's 2018 Performance Evaluation (ASP 2141 - 2143)

25. Emails between Sheeler, Hagar, and Plaintiff (ASP 1718 - 1719)

26. Memo from Austin dated 6-27-2014 (ASP-0885 - 886)

27. Memo from Austin dated 9-8-2014 (ASP-0887 - 0888)

28. Memo from Austin dated 11-10-2014 (ASP-0882 - 0884)

29. Emails from Sheeler dated 12-1-2016 and 1-2-2017 (ASP-2133)

30. Emails from Sheeler dated 2-13-2017, 2-23-2017, and 2-28-2017 (ASP-2034 - 2035)

31. Emails from Sheeler dated 3-3-2017 (ASP-2024 - 2025)

32. Memo from Sheeler dated 3-20-2017 (ASP-0017 - ASP-0018)

33. Emails from Hagar dated 4-26-17, 5-1-17, & 5-3-17 (ASP-0322, ASP-1841, ASP-1835, ASP-1782)

34. Emails from Sheeler dated 5-31-2017 and 6-1-2017 (ASP-1750 - 1755)

35. Emails from Sheeler dated 6-19-2017 and 6-22-2017 (ASP-0323 - 324)

36. Sheeler Notes regarding pursuit packet submitted on 04/17/2017 (ASP-0881)

37. General Operations Policy Manual (ASP 2233 - 2279)

38. Law Enforcement Policy Manual (ASP 2198 - 2224)

39. Performance, Goals and Compensation System (ASP 2171 - 2176)

The following are Plaintiff's proposed exhibits to which Defendant object as set forth in Defendant's Motion in Limine and Request for Reconsideration and Brief in Support (DE 149 & 150):

1. Email from Bill Bryant regarding Merit Bonus Pay dated 06/02/2017 (ASP 2287)

2. Plaintiff's Lump Sum Payment dated 06/17/2017 (ASP 2293)

3. Email from Bill Bryant regarding Pay Performance Compensation dated 06/25/2018 (ASP 2286)

4. Plaintiff's Pay Information dated 07/05/2018 (ASP 2294)

5. Plaintiff's 2018 W2 Forms (PLT 56 - 57)

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:   Carl F. "Trey" Cooper, III (ABN 2007294)
Senior Assistant Attorney General
Laura Purvis (ABN 2023239)
Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 320-3085
Fax:    (501) 682-2591
Email: trey.cooper@arkansasag.gov
        laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*

AND

/s/ Leonard Mungo
Leonard Mungo (P43562)
Mungo & Mungo at Law, PLLC
Attorney for Plaintiff
(248) 792 -7557
caseaction@mungoatlaw.com

*Attorneys for Siegfried Lewis*