# Exhibit 1

**Greg Downs**

| | |
|---|---|
| From: | Bill Bryant |
| Sent: | Friday, June 2, 2017 12:53 PM |
| To: | ASP All; Bill Benton; Bob Burns; Dr. Lewis Shepherd; Frank Guinn Jr; Jane Christenson (Work); John Allison; Neff Basore |
| Subject: | Merit Pay |

Governor Hutchinson has authorized the payment of employee merit lump sum bonuses for eligible employees to be paid during the last pay period of the fiscal year. Merit bonus payments will be processed as a lump sum payment and will be received on the paycheck dated June 23, 2017.

Payments will be awarded based on the following percentages:

- Exceeds standards 3%
- Above average 2%
- Satisfactory 1%

On behalf of Governor Hutchinson I want to commend the hard work of the dedicated troopers and civilian staff who rise above and beyond the minimum standards. The self-initiative you demonstrate toward training and overall excellence is worthy of financial reward.

**Colonel Bill Bryant**
**ASP Director**
**501-618-8299 Office**
**501-618-8222 Fax**



Greg Downs

| | |
|---|---|
| From: | Bill Bryant |
| Sent: | Monday, June 25, 2018 10:24 AM |
| To: | ASP All |
| Subject: | Pay for Performance Compensation Process |
| Attachments: | performance pay memo 5.29.2018.pdf |

Our Agency has just completed the new Performance Appraisal process implemented by the Office of Personnel Management (OPM). It is a new process and I want to thank everyone for their hard work in implementing this new system.

As part of the pay for Performance Compensation Process, each agency bears the responsibility of determining what percentages you can assign to each performance level. The Agency Director is authorized to pay up to certain percentages based upon the evaluation score. The cumulative total for all performance pay increases cannot exceed 2.8 % of each agency's total annual base salaries (See Attached Memo from DFA). We have worked diligently to maximize the percentages that can be awarded and still stay within our required 2.8%.

The percentages are as follows:

Role Model: 5.0%

Highly Effective: 4.0%

Solid Performer: 2.75%

Needs Development: .5%

Unacceptable: 0.0%

Every state agency has the same requirement that the performance pay increases cannot exceed 2.8% of each agency's total annual base salaries. Therefore, all state agencies will not have the same percentages assigned to each rating. These percentages can change based on different variables exclusive to those agencies.

As a reminder, these pay increases will be applied to your annual salary in your 26 pay periods and will not come in the form of a one-time payment as in previous years, unless it meets certain conditions outlined in OPM policy. Employees will see these increases on the paycheck you receive on July 20, 2018.

I want to thank all of you for the hard work and the services you provide to the citizens of Arkansas.


**Colonel Bill Bryant**
**ASP Director**
**501-618-8299 Office**
**501-618-8222 Fax**



1

ASP - 2286