# Exhibit 2



# STATE OF ARKANSAS
Department of Finance and Administration
Office of Personnel Management



| EMPLOYEE PERFORMANCE EVALUATION FORM |||
|---|---|---|
| **PART I – RATED EMPLOYEE IDENTIFICATION** |||
| Name (Last, First, MI)<br>Lewis, Siegfried | Personnel Number<br>26871 | Agency<br>Arkansas State Police – Troop A |
| Position Title<br>Sergeant | Class Code<br>T051 | Position Number<br>220900566 |
| **PART II – RATER EMPLOYEE IDENTIFICATION** |||
| Name of Rater (Last, First, MI)<br>Austin, Darran N. | Telephone Number<br>(501) 618-8282 | Position Title<br>Lieutenant |
| **PART III – REVIEWING OFFICIAL EMPLOYEE IDENTIFICATION** |||
| Name of Reviewing Official (Last, First, MI)<br>Finger, Alex U. | Telephone Number<br>(501) 618-8282 | Position Title<br>Captain |

## PART IV – PERFORMANCE STANDARDS

**Duty Area:**
1) Supervision

**Standard:** Patrol Sergeant to observe personnel to insure they perform their duties within ASP guidelines. Patrol Sergeant will plan and supervise enforcement projects as assigned. Supervisor to accompany trooper on patrol once a quarter and will review two (2) videotapes of each trooper per rating period. Compliance will be monitored by Assistant Commander/Troop Commander. Two (2) discrepancies per rating period are acceptable.

**Results:** Sgt. Lewis is assigned to Faulkner County where he is the supervisor of Post 6. He is currently the immediate supervisor for 7 Troopers. He supervises his personnel to ensure they act professional and in accordance with ASP Policy. He reviews videos of events to ensure ASP Policy is being complied with. During this rating period, technical difficulties with the Pannin Camera System made it difficult to review videos. He works the roadway with his personnel assisting them and ensuring they are acting appropriately.

**Comments:** Sgt. Lewis Exceeds Standard in this duty area.

Exceeds Standard X    Above Average ☐    Satisfactory ☐    Unsatisfactory ☐

**Duty Area:**
2) Other Duties/Public Relations

**Standard:** Patrol Sergeant will perform other duties as directed or assigned by supervisors. Patrol Sergeants will insure supervisors are well informed of activities and events which occur within their post/troop. Patrol Sergeants will investigate citizen complaints and maintain professional relationships with local officials and court personnel.

**Results:** Sgt. Lewis has regular Post meetings with his troopers. He passes on necessary information to them. He completed thorough investigations into complaints brought against his troopers. He has an excellent working relationship with the local agencies in Faulkner County. Sgt. Lewis participates in Public Relations events. One example of this is the BOWL for Kids Sake fundraiser hosted by the Big Brothers Big Sisters of Central Arkansas. He is also a member of the Safe Kids Coalition.

As the Senior Sergeant in Troop A, Sgt. Lewis was assigned to the Administrative Offices at Troop A for several weeks in 2013 by Captain Finger to assist with administrative duties.

Sgt. Lewis has an excellent working relationship with the local court systems and local law enforcement agencies in his area.

**Comments:** Sgt. Lewis Exceeds Standard in this duty area.

Exceeds Standard X    Above Average ☐    Satisfactory ☐    Unsatisfactory ☐

**Duty Area:**
3) Administration

**Standard:** Patrol Sergeant will prepare/submit accurate work schedules; maintain leave records and review documents and reports submitted by personnel per existing ASP Policy. Six (6) discrepancies per rating period are acceptable.

**Results:** Sgt. Lewis prepares monthly schedules for his Post. He reviews reports and documentation to ensure they are complete and accurate. This rating period he was required to review an extremely large pursuit packet. There were two troopers involved in this pursuit as well as a crash with an ASP unit and another to the violator's and a citizen's vehicles. This was a very large packet of documents that took several hours to review.

**Comments:** Sgt. Lewis Exceeds Standard in this duty area.

ASP - 2150



# STATE OF ARKANSAS
## Department of Finance and Administration
### Office of Personnel Management

| Exceeds Standard X | Above Average ☐ | Satisfactory ☐ | Unsatisfactory ☐ |

**Duty Area:**
4) Traffic/Criminal Enforcement

**Standard:** Patrol Sergeant will take enforcement action when necessary while performing highway patrol duties. Patrol Sergeant will participate in special activities such as saturations, sobriety checkpoints, and investigate accidents/incidents when needed. Two (2) discrepancies per rating period are acceptable.

**Results:** Sgt. Lewis takes the necessary enforcement action when he is patrolling the roadways. He assists them in the investigation of motor vehicle crashes and investigates some crashes himself. Sgt. Lewis occasionally assigns troopers to perform special enforcement activities such as sobriety checkpoints and saturations. I would like to see Sgt. Lewis assign his personnel to a few more special enforcement activities and even attend a few more of them himself when he is working.

**Comments:** Sgt. Lewis Exceeds Standard in this duty area.

| Exceeds Standard X | Above Average ☐ | Satisfactory ☐ | Unsatisfactory ☐ |

**Duty Area:**

**Standard:**

**Results:**

**Comments:**

| Exceeds Standard ☐ | Above Average ☐ | Satisfactory ☐ | Unsatisfactory ☐ |

## PART V – OVERALL RATING

*Overall Rating* -- It is understood that an *Unsatisfactory* in any above fields precludes awarding an *Exceeds Standard* or *Above Average* rating during this period. The overall rating received is determined at the discretion of the rating official.

| Exceeds Standard X | Above Average ☐ | Satisfactory ☐ | Unsatisfactory ☐ |

Rating Period Beginning Date: March 1, 2013     Rating Period Ending Date: February 28, 2014

By signing below the employee concurs only that the performance evaluation has been conducted. The employee's signature does not indicate that he or she agrees with the evaluation. Comments concerning performance may be submitted on a separate sheet.

Employee's Signature: _[signature]_     Date: 03/27/14

By signing below the supervisor certifies that all subordinate performance evaluations have been completed and forwarded to the reviewing official.

Rater's Signature: Lt. Danan N. Ards #119     Date: 03/27/14

Reviewing Official's Signature: Cpt Alex W. Finger #546     Date: 3-28-14

ASP - 2151

ATTACHMENT B

# ARKANSAS STATE POLICE - CODE OF ETHICS
# ANNUAL ACKNOWLEDGEMENT STATEMENT

My supervisor/manager and I have reviewed and discussed the *Arkansas State Police – Code of Ethics*. I understand that my signature on this document indicates that I have read and fully understand the prohibited activities and my professional ethical conduct responsibilities as an employee of the Arkansas State Police as described in *Arkansas State Police – Code of Ethics*.

_Siegfried Lewis_
Employee name (PRINT)

_Siegfried L_
Employee signature

03/27/14
Date

_Lt. Darran N. Austin_
Supervisor/Manager name (PRINT)

_Lt. Darran N. Aust #119_
Supervisor/Manager signature

03/27/14
Date

*Note to Supervisor/Manager: The review and discussion of Arkansas State Police – Code of Ethic is an annual requirement. This signed document shall be submitted to Arkansas State Police-Human Resources.*

ASP - 2152



# STATE OF ARKANSAS
## Department of Finance and Administration
## Office of Personnel Management

ENTERED 10/31/14

| EMPLOYEE PERFORMANCE EVALUATION FORM |||
|---|---|---|
| **PART I – RATED EMPLOYEE IDENTIFICATION** |||
| Name *(Last, First, MI)*<br>Lewis, Siegfried | Personnel Number<br>26871 | Agency<br>Arkansas State Police – Troop A |
| Position Title<br>Sergeant | Class Code<br>T051 | Position Number<br>220900566 |
| **PART II – RATER EMPLOYEE IDENTIFICATION** |||
| Name of Rater *(Last, First, MI)*<br>Austin, Darran N. | Telephone Number<br>(501) 618-8282 | Position Title<br>Lieutenant |
| **PART III – REVIEWING OFFICIAL EMPLOYEE IDENTIFICATION** |||
| Name of Reviewing Official *(Last, First, MI)*<br>Finger, Alex U. | Telephone Number<br>(501) 618-8282 | Position Title<br>Captain |

### PART IV – PERFORMANCE STANDARDS

**Duty Area:**
1) Supervision

**Standard:** Patrol Sergeant to observe personnel to insure they perform their duties within ASP guidelines. Patrol Sergeant will plan and supervise enforcement projects as assigned. Supervisor to accompany trooper on patrol once a quarter and will review two (2) videotapes of each trooper per rating period. Compliance will be monitored by Assistant Commander/Troop Commander. Two (2) discrepancies per rating period are acceptable.

**Results:** Sgt. Lewis is assigned to Post 6, Saline County, in Troop A. He has seven (7) Troopers under his direct supervision. He is also required to handle immediate supervision needs for the entire Troop while on duty. Sgt. Lewis works diligently to ensure his personnel are in compliance with ASP Policy. If issues arise, he will address them accordingly.

Last spring a tornado struck the Mayflower and Vilonia Communities. Sgt. Lewis was one of two sergeants working that evening. The work of these two sergeants was instrumental to the immediate recovery effort that evening. Two communities received extensive damage as well as the interstate being shut down for a short time.

Like the other Sergeants in Troop A, Sgt. Lewis is working to complete the video reviews required by policy.

**Comments:** Exceeds Standard

Exceeds Standard X    Above Average ☐    Satisfactory ☐    Unsatisfactory ☐

**Duty Area:**
2) Other Duties/Public Relations

**Standard:** Patrol Sergeant will perform other duties as directed or assigned by supervisors. Patrol Sergeants will insure supervisors are well informed of activities and events which occur within their post/troop. Patrol Sergeants will investigate citizen complaints and maintain professional relationships with local officials and court personnel.

**Results:** Sgt. Lewis takes on additional tasks as requested and instructed. He sees that his personnel are informed of information through regular Post meetings. If a complaint is received on one of his troopers, he investigates it and reports back the findings. Sgt. Lewis is a member of several organizations that do community work for kids. He has a passion for helping kids. (Ex: Safe Kids Coalition, Summer Camp).

Sgt. Lewis was the FTC for Troop A this rating period.

One complaint was lodged against Sgt. Lewis by the Faulkner County Deputy Prosecutor for not showing up to court. Sgt. Lewis was counseled by myself and Captain Finger. Sgt. Lewis stated he did miss one court date, but was at court regularly. He felt this letter was sent in error and he may have been mistaken for another trooper missing that is no longer assigned to Troop A. Since this meeting, I have not had any more issues brought to my attention.

Sgt. Lewis assisted with motorcade duties during the visit of President Obama to Vilonia after the tornado last spring.

**Comments:** Exceeds Standard

Exceeds Standard X    Above Average ☐    Satisfactory ☐    Unsatisfactory ☐

**Duty Area:**
3) Administration

**Standard:** Patrol Sergeant will prepare/submit accurate work schedules; maintain leave records and review documents and reports submitted by personnel per existing ASP Policy. Six (6) discrepancies per rating period is acceptable.

ASP - 2147



**STATE OF ARKANSAS**
Department of Finance and Administration
Office of Personnel Management

Results: Sgt. Lewis works hard to see that his personnel submit their paperwork within the proper time frame. He prepares schedules for work schedules for his Post. Sgt. Lewis works hard at maintaining coverage in his Post. He has several troopers who perform extra duties within the department. He has two of the department's reconstruction team members on his post, he has several who instruct different topics during troop schools, and one is a member of the MICC Team. He, by far, has more members of his Post performing special duties than any other Post in the Troop.

He works to try to make sure documentation is correct when submitted. I have asked him to work a little harder in some areas on paperwork. Some has had to have some significant corrections and Lt. Sheeler had to return a pursuit packet recently that wasn't put together correctly (ex: incident reports by all troopers involved).

There has been an instance this reporting period where information was submitted on time for scheduling for the annual troop audit and one instance where he was instructed to get scheduled for the PT re-test. He had to be reminded to do this one month later, just prior to the test date.

Comments: Above Average

Exceeds Standard ☐   Above Average X   Satisfactory ☐   Unsatisfactory ☐

Duty Area:
4) Traffic/Criminal Enforcement

Standard: Patrol Sergeant will take enforcement action when necessary while performing highway patrol duties. Patrol Sergeant will participate in special activities such as saturations, sobriety checkpoints, and investigate accidents/incidents when needed. Two (2) discrepancies per rating period is acceptable.

Results: Sgt. Lewis takes enforcement action when necessary. He spends time on the highway patrolling with his troopers. He assists them when they are investigating crashes and investigates some himself. During the first part of the rating period, Sgt. Lewis was not planning nor participating in very many special enforcement activities (Ex: saturations, checkpoints). In September I mentioned to him about needing more special enforcements from him, especially during mobilization periods. On November 6, 2014 Sgt. Lewis and I met in regards to issues brought to my attention from members of Post 6. One issue was in regards to this duty area and his assistance to them in Traffic Enforcement. Since that time, troopers report things are much better. Sgt. Lewis has improved and also taken more of a lead in planning and participating in special enforcement activities. He has submitted several ASP 20's since these meetings.

Comments: Exceeds Standard

Exceeds Standard X   Above Average ☐   Satisfactory ☐   Unsatisfactory ☐

Duty Area:

Standard:

Results:

Comments:

Exceeds Standard ☐   Above Average ☐   Satisfactory ☐   Unsatisfactory ☐

**PART V – OVERALL RATING**

*Overall Rating* – It is understood that an *Unsatisfactory* in any above fields precludes awarding an *Exceeds Standard* or *Above Average* rating during this period. The overall rating received is determined at the discretion of the rating official.

Exceeds Standard X   Above Average ☐   Satisfactory ☐   Unsatisfactory ☐

Rating Period Beginning Date: March 1, 2014     Rating Period Ending Date: February 28, 2015

By signing below the employee concurs only that the performance evaluation has been conducted. The employee's signature does not indicate that he or she agrees with the evaluation. Comments concerning performance may be submitted on a separate sheet.

Employee's Signature: _____   Date: 04/03/15

By signing below the supervisor certifies that all subordinate performance evaluations have been completed and forwarded to the reviewing official.

Rater's Signature: Lt. Dana Hust #119   Date: 04/03/15

Reviewing Official's Signature: Cpt. Alex _____ #546   Date: 4-3-15

Major John M. Foster #6  ASP - 2148

**ATTACHMENT B**

# ARKANSAS STATE POLICE - CODE OF ETHICS
# ANNUAL ACKNOWLEDGEMENT STATEMENT

My supervisor/manager and I have reviewed and discussed the *Arkansas State Police – Code of Ethics*. I understand that my signature on this document indicates that I have read and fully understand the prohibited activities and my professional ethical conduct responsibilities as an employee of the Arkansas State Police as described in *Arkansas State Police – Code of Ethics*.

_____Siegfried Lewis_____
Employee name (PRINT)

_____[signature]_____              04/03/15
Employee signature                      Date

_____Derron J. Austin_____
Supervisor/Manager name (PRINT)

_____[signature]_____              04/03/15
Supervisor/Manager signature            Date

*Note to Supervisor/Manager: The review and discussion of Arkansas State Police – Code of Ethic is an annual requirement. This signed document shall be submitted to Arkansas State Police-Human Resources.*

ASP - 2149



# STATE OF ARKANSAS
## Department of Finance and Administration
### Office of Personnel Management



| EMPLOYEE PERFORMANCE EVALUATION FORM ||||
|---|---|---|---|
| **PART I – RATED EMPLOYEE IDENTIFICATION** ||||
| Name *(Last, First, MI)*<br>Lewis, Siegfried || Personnel Number<br>26871 | Agency<br>Arkansas State Police |
| Position Title<br>Sergeant || Class Code<br>T051 | Position Number<br>220900566 |
| **PART II – RATER EMPLOYEE IDENTIFICATION** ||||
| Name of Rater *(Last, First, MI)*<br>Sheeler, Jeff P || Telephone Number<br>(501) 618-8270 | Position Title<br>Lieutenant |
| **PART III – REVIEWING OFFICIAL EMPLOYEE IDENTIFICATION** ||||
| Name of Reviewing Official *(Last, First, MI)*<br>Finger, Alex U. || Telephone Number<br>(501) 618-8282 | Position Title<br>Captain |
| **PART IV – PERFORMANCE STANDARDS** ||||

**Duty Area:**
1) Supervision

**Standard:** Patrol Sergeant to observe personnel to insure they perform their duties within ASP guidelines. Patrol Sergeant will plan and supervise enforcement projects as assigned. Supervisor to accompany trooper on patrol once a quarter and will review two (2) videotapes of each trooper per rating period. Compliance will be monitored by Assistant Commander/Troop Commander. Two (2) discrepancies per rating period are acceptable.

**Results:** Sgt. Lewis is assigned to Post 6, Faulkner County, in Troop A. Sgt. Lewis is responsible for directly supervising approx. seven (7) Troopers. He is also required to handle immediate supervision needs for the entire Troop when on duty in coordination with other Troop A Sergeants. Sgt Lewis has been challenged by at least 1 low productivity trooper during the rating period and did not effectively address the issue despite repeated prompts to do so. Sgt. Lewis has required several prompts from his supervisor during the rating period to complete monthly video reviews. Post 6, under direction from Sgt. Lewis, planned and completed several special enforcement activities. Sgt. Lewis held regular post meetings to effectively communicate departmental and professional standards with his subordinates. Sgt Lewis supervised and completed several pursuits and pursuit/use of force packets during the rating period.

**Comments:** Sgt. Lewis is a very knowledgeable supervisor with years of experience. He can improve in this rating area by applying his managerial skills more effectively in regards to low-performing employees. Sgt. Lewis's video reviews are effective and well prepared when completed. Very few citizen complaints come from Sgt. Lewis's Troopers. I look for Sgt. Lewis to improve in this area..

Exceeds Standard ☐    Above Average ☒    Satisfactory ☐    Unsatisfactory ☐

**Duty Area:**
2) Other Duties/Public Relations

**Standard:** Patrol Sergeant will perform other duties as directed or assigned by supervisors. Patrol Sergeants will insure supervisors are well informed of activities and events which occur within their post/troop. Patrol Sergeants will investigate citizen complaints and maintain professional relationships with local officials and court personnel.

**Results:** Sgt. Lewis takes on additional tasks as requested and instructed. He has assisted in the training of new hire dispatchers. Sgt Lewis has handled several citizen complaints and always keeps superiors informed of the findings/actions taken. He does a great job in this area. Sgt. Lewis is a member of several organizations that do community work for kids and has performed several community projects and at least 1 COPPS program for car seat check-ups for kids.

**Comments:** Sgt. Lewis always does a thorough professional job in whatever task is assigned. I can count on him to do a good job. He always informs me of when his post meetings are being held so that I may attend if possible. Sgt. Lewis is a good public representative for the department.

Exceeds Standard X    Above Average ☐    Satisfactory ☐    Unsatisfactory ☐

**Duty Area:**
3) Administration

**Standard:** Patrol Sergeant will prepare/submit accurate work schedules; maintain leave records and review documents and reports submitted by personnel per existing ASP Policy. Six (6) discrepancies per rating period is acceptable.

**Results:** Sgt. Lewis submits his work schedules as required. He maintains complete and accurate files on his subordinates and monitors their paperwork/leave requests and manages accordingly. Sgt. Lewis insures that his personnel submit their paperwork, whatever the form, within the proper time frame. He prepares work schedules for his post and communicates with his personnel. Sgt Lewis has made significant errors on pursuit packets submitted to superiors on two documented occasions. Sgt Lewis is the only Troop A Sergeant that provides after hours on-call coverage (after 12a.m.) for his post as part of a regular schedule which assists the overall function of Troop A. He is the only non-Pulaski County Sergeant to do so.

**Comments:** Sgt. Lewis works hard at maintaining coverage in his Post. He has several troopers who perform extra duties within the department. He has two of the department's reconstruction team members on his post who are in great demand. He also has several who instruct different topics during troop schools, another who was the troop range officer and one is a member of the MICC Team which requires monthly training. He has another on the ASP bomb squad. Sgt. Lewis, by far, has more members of his Post performing special duties than any other Post in the Troop and supports his personnel greatly in this area. He is supportive of training and encourages his personnel to seek out and attend additional classes/training.

Exceeds Standard ☒    Above Average    Satisfactory ☐    Unsatisfactory ☐

ASP - 2144



## STATE OF ARKANSAS
### Department of Finance and Administration
### Office of Personnel Management

| | |
|---|---|
| **Duty Area:** 4) Traffic/Criminal Enforcement | |

**Standard:** Patrol Sergeant will take enforcement action when necessary while performing highway patrol duties. Patrol Sergeant will participate in special activities such as saturations, sobriety checkpoints, and investigate accidents/incidents when needed. Two (2) discrepancies per rating period is acceptable.

**Results:** Sgt. Lewis takes enforcement action when necessary and does spend at least some time on the highway patrolling and issuing citations alongside his subordinates. Sgt. Lewis assists his personnel during his tour of duty and will work crashes for them when possible. Post 6 submitted several ASP 20's during the rating period. Sgt. Lewis was responsible for the planning/coordinating of a troop-wide special enforcement activity during the Thanksgiving Holiday in which he did a good job.

**Comments:** Sgt. Lewis will work crashes instead of calling troopers to do the work which is good for morale and leadership. Sgt. Lewis patrols the roadways and issues citations; in some cases his activity is comparable to his subordinates. Sgt. Lewis was effective in planning, motivating and completing special enforcement activity although he did not participate in the majority of the activities (approx. 20%). This has been an issue in the past that affected post morale. He needs to participate more frequently in these assignments.

Exceeds Standard ☐   Above Average ☒   Satisfactory ☐   Unsatisfactory ☐

**Duty Area:**

**Standard:**

**Results:**

**Comments:**

Exceeds Standard ☐   Above Average ☐   Satisfactory ☐   Unsatisfactory ☐

### PART V – OVERALL RATING

*Overall Rating* – It is understood that an *Unsatisfactory* in any above fields precludes awarding an *Exceeds Standard* or *Above Average* rating during this period. The overall rating received is determined at the discretion of the rating official.

Exceeds Standard ☒   Above Average ☐   Satisfactory ☐   Unsatisfactory ☐

Rating Period Beginning Date: March 1, 2015          Rating Period Ending Date: February 29, 2016

By signing below the employee concurs only that the performance evaluation has been conducted. The employee's signature does not indicate that he or she agrees with the evaluation. Comments concerning performance may be submitted on a separate sheet.

Employee's Signature: Sgt. Siegfried Lewis #633          Date: 03/17/2016

By signing below the supervisor certifies that all subordinate performance evaluations have been completed and forwarded to the reviewing official

Rater's Signature: Lt. Jeff P. Sheeler #457          Date: 03/10/2016

Reviewing Official's Signature: Captain Alex Finger          Date: 3-17-16

Major John M. Foster #627

ASP - 2145

**ATTACHMENT B**

# ARKANSAS STATE POLICE - CODE OF ETHICS
# ANNUAL ACKNOWLEDGEMENT STATEMENT

My supervisor/manager and I have reviewed and discussed the *Arkansas State Police – Code of Ethics*. I understand that my signature on this document indicates that I have read and fully understand the prohibited activities and my professional ethical conduct responsibilities as an employee of the Arkansas State Police as described in *Arkansas State Police – Code of Ethics*.

_____Siegfried Lewis_____
Employee name (PRINT)

*[signature]*                                    3.17.2016
Employee signature                               Date

_____Jeff Sheeler_____
Supervisor/Manager name (PRINT)

*[signature]*                                    3.17.2016
Supervisor/Manager signature                     Date

*Note to Supervisor/Manager: The review and discussion of Arkansas State Police – Code of Ethic is an annual requirement. This signed document shall be submitted to Arkansas State Police-Human Resources.*

ASP - 2146

Case 4:18-cv-00510-JWB   Document 154-2   Filed 09/25/24   Page 11 of 16
Case 4:18-cv-00510-JWB   P7
Case 4:18-cv-00510-JWB   Document 32-3   Filed 10/17/19   Page 39 of 54



# STATE OF ARKANSAS
## Department of Finance and Administration
### Office of Personnel Management

**EXHIBIT 8**

## EMPLOYEE PERFORMANCE EVALUATION FORM

### PART I – RATED EMPLOYEE IDENTIFICATION

| Name (Last, First, MI) | Personnel Number | Agency |
|---|---|---|
| Lewis, Siegfried | 26871 | Arkansas State Police |

| Position Title | Class Code | Position Number |
|---|---|---|
| Sergeant | T051 | 220900566 |

### PART II – RATER EMPLOYEE IDENTIFICATION

| Name of Rater (Last, First, MI) | Telephone Number | Position Title |
|---|---|---|
| Sheeler, Jeff P | (501) 618-8270 | Lieutenant |

### PART III – REVIEWING OFFICIAL EMPLOYEE IDENTIFICATION

| Name of Reviewing Official (Last, First, MI) | Telephone Number | Position Title |
|---|---|---|
| Hagar, Mike | (501) 618-8282 | Captain |

### PART IV – PERFORMANCE STANDARDS

**Duty Area:**
1) Supervision

**Standard:** Patrol Sergeant to observe personnel to insure they perform their duties within ASP guidelines. Patrol Sergeant will plan and supervise enforcement projects as assigned. Supervisor to accompany trooper on patrol once a quarter and will review two (2) videotapes of each trooper per rating period. Compliance will be monitored by Assistant Commander/Troop Commander. Two (2) discrepancies per rating period are acceptable.

**Results:** Sgt. Lewis is responsible for directly supervising approx. five Troopers (1 has been on military leave for the majority of the evaluation period). He is also required to handle immediate supervision needs for the entire Troop when on duty in coordination with other Troop A Sergeants. Sgt Lewis has been challenged by two low productivity troopers in past rating periods. During this rating period he addressed the issue with one of the employees via a Corrective Action Plan (CAP) after direction from his supervisor. Sgt. Lewis has required several prompts from the rater during the evaluation period to complete monthly video reviews. Sgt Lewis's current technical capability at his remote office sometimes contributes to late video reviews. Post 6, under direction and with participation of, Sgt. Lewis, planned and completed several special enforcement activities that were successful. Sgt. Lewis held regular post meetings during the period as well as regular face-face meetings with his subordinates. Sgt Lewis supervised and completed several pursuits and pursuit/use of force packets during the rating period. His packets usually require additional time and attention due to common errors but indicate a lack of effort to discover errors prior to turning in to supervisors. Sgt. Lewis attended a training class on Malcontent Employees to be better able to confront these management situations. Sgt. Lewis accepts responsibility for supervising critical incidents such as pursuits while he is on duty and makes good decisions guided by ASP policy and his experience.

**Comments:** Sgt. Lewis is a very knowledgeable supervisor with years of experience. He can improve in this rating area by applying his managerial skills more effectively in regards to low-performing employees. He should be able to handle any performance issue without the need for input from his supervisor. He should be able to confront low performing troopers effectively but does not. The CAP was moderately successful for a short time but the employee is still performing below an acceptable standard. His troopers credit themselves with special assignment hours that are part of their regular duty to help negate low activity. Sgt. Lewis's video reviews are effective and well prepared when done. His employee feedback in regards to officer safety or policy is effective. Troop A rarely, if ever, gets a complaint on Sgt. Lewis's Troopers. Sgt. Lewis needs to better prepare his pursuit packets that he turns into his supervisor to avoid errors and delays in submitting them to Division.

Exceeds Standard ☐   Above Average ☐   Satisfactory ☒   Unsatisfactory ☐

**Duty Area:**
1) Other Duties/Public Relations

**Standard:** Patrol Sergeant will perform other duties as directed or assigned by supervisors. Patrol Sergeants will insure supervisors are well informed of activities and events which occur within their post/troop. Patrol Sergeants will investigate citizen complaints and maintain professional relationships with local officials and court personnel.

**Results:** Sgt. Lewis takes on additional tasks as requested and instructed. Sgt Lewis has handled several citizen complaints and always keeps superiors informed of the findings/actions taken. He does a great job in this area. Sgt. Lewis is a member of several organizations that do community work for kids and has performed some community projects. He attended a meeting and coordinated the ASP response for the UA Razorback football game and the AG Law Enforcement Summit. He also attended some active shooter training hosted by Arkansas Game and Fish. He organized the ASP Troop A Christmas Party. Sgt. Lewis performs incident de-briefs for affected ASP personnel to better improve performance.

**Comments:** Sgt. Lewis always does a thorough and professional job in whatever public relation or special task is assigned. I can count on him to do a good job. Sgt. Lewis is a good public representative for the department and gets along with other criminal justice personnel in his area. He is friendly and receptive to civilians and other LE personnel.

Exceeds Standard ☒   Above Average ☐   Satisfactory ☐   Unsatisfactory ☐

**Duty Area:**
2) Administration

**Standard:** Patrol Sergeant will prepare/submit accurate work schedules; maintain leave records and review documents and reports submitted by personnel per existing ASP Policy. Six (6) discrepancies per rating period is acceptable.

**Results:** Sgt. Lewis submits his work schedules as required. He maintains files on his subordinates and monitors their paperwork/leave requests and manages his staff accordingly with few gaps in coverage. Sgt. Lewis insures that his personnel submit their paperwork, whatever the form, within the proper time frame. His Troopers are never the subject of late paperwork complaints. Sgt. Lewis grades accident reports of his personnel and occasionally helps the other Sgt's by grading other post's reports as well. Sgt. Lewis has submitted pursuit/UOF packets with errors due to carelessness checking/grading. Sgt Lewis is the only Troop A Sergeant that provides after hours on-call coverage (after 12a.m.) for his post as part of a regular schedule which assists the overall function of Troop A. He is the only non-Pulaski County Sergeant to do so. He has to be reminded occasionally to get fatal crash reports updated and has assigned this duty to a non-supervisory senior member of his post.

ASP 001

Case 4:18-cv-00510-JWB   Document 154-2   Filed 09/25/24   Page 12 of 16
Case 4:18-cv-00510-JWB   P7
Case 4:18-cv-00510-JWB   Document 32-3   Filed 10/17/19   Page 40 of 54



# STATE OF ARKANSAS
## Department of Finance and Administration
### Office of Personnel Management

Comments: Sgt. Lewis works hard at maintaining coverage in his Post. He has several troopers who perform extra duties within the department. He has one of the department's reconstruction team members on his post who are in great demand. He also has several who instruct different topics during troop school. One Trooper is a bomb squad member and one is a member of the MICC Team both which require monthly training and benefit the department overall. He has another that is a Troop firearms officer. Sgt. Lewis, by far, has more members of his Post performing special duties than any other Post in the Troop and supports his personnel greatly in this area. He is supportive of training and encourages his personnel to seek out and attend additional classes/training. Sometimes he does not properly schedule his post manpower by denying members to attend training events even though he is allowed and encouraged to do so by the individual unit commanders.

Exceeds Standard ☐   Above Average ☒   Satisfactory ☐   Unsatisfactory ☐

**Duty Area:**
3) Traffic/Criminal Enforcement

**Standard:** Patrol Sergeant will take enforcement action when necessary while performing highway patrol duties. Patrol Sergeant will participate in special activities such as saturations, sobriety checkpoints, and investigate accidents/incidents when needed. Two (2) discrepancies per rating period is acceptable.

**Results:** Sgt. Lewis takes enforcement action when necessary and does spend time on the highway patrolling and issuing citations alongside his subordinates. He is the most active of his co-workers in traffic enforcement with good activity each month. Sgt. Lewis assists his personnel during his tour of duty and will work crashes for them when possible. He plans special enforcement activities when manpower allows him to do so.

**Comments:** Sgt. Lewis will work crashes instead of calling troopers to do the work which is good for morale and leadership. Sgt. Lewis patrols the roadways and issues citations; in some cases his activity is better than his subordinates. Sgt. Lewis mismanaged a felony pursuit/accident investigation which resulted in the delay of justice/capture of the suspect who is a danger to the community.

Exceeds Standard ☐   Above Average ☒   Satisfactory ☐   Unsatisfactory ☐

**Duty Area:**

**Standard:**

**Results:**

**Comments:**

Exceeds Standard ☐   Above Average ☐   Satisfactory ☐   Unsatisfactory ☐

## PART V – OVERALL RATING

*Overall Rating* – It is understood that an *Unsatisfactory* in any above fields precludes awarding an *Exceeds Standard* or *Above Average* rating during this period. The overall rating received is determined at the discretion of the rating official.

Exceeds Standard ☐   Above Average ☒   Satisfactory ☐   Unsatisfactory ☐

Rating Period Beginning Date: March 1, 2016    Rating Period Ending Date: February 28, 2017

By signing below the employee concurs only that the performance evaluation has been conducted. The employee's signature does not indicate that he or she agrees with the evaluation. Comments concerning performance may be submitted on a separate sheet.

Employee's Signature: Sgt. Siegfried Lewis #533    Date: 04/24/2017

By signing below the supervisor certifies that all subordinate performance evaluations have been completed and forwarded to the reviewing official.

Rater's Signature: Lt. Jeff P. Sheeler #457    Date: 04/24/2017

Reviewing Official's Signature: Captain Mike Hagar #276    Date: 04/24/2017

ASP 002

Case 4:18-cv-00510-JWB   Document 154-2   Filed 09/25/24   Page 13 of 16
Case 4:18-cv-00510-JWB   P7
Case 4:18-cv-00510-JWB   Document 32-3   Filed 10/17/19   Page 41 of 54

ATTACHMENT B

# ARKANSAS STATE POLICE - CODE OF ETHICS ANNUAL ACKNOWLEDGEMENT STATEMENT

My supervisor/manager and I have reviewed and discussed the *Arkansas State Police – Code of Ethics*. I understand that my signature on this document indicates that I have read and fully understand the prohibited activities and my professional ethical conduct responsibilities as an employee of the Arkansas State Police as described in *Arkansas State Police – Code of Ethics*.

Siegfried Lewis
_____
Employee name (PRINT)

_Siegfried Lewis #533_
_____
Employee signature

04/24/2017
Date

Jeff Sheeler
_____
Supervisor/Manager name (PRINT)

_Lt. Jeff Sheeler #457_
_____
Supervisor/Manager signature

04/24/2017
Date

*Note to Supervisor/Manager: The review and discussion of Arkansas State Police – Code of Ethic is an annual requirement. This signed document shall be submitted to Arkansas State Police-Human Resources.*

ASP 003



## State of Arkansas 2018 Evaluation



| Employee No.: | Employee Name: | Position Name | Reviewer Name: |
|---|---|---|---|
| 00026871 | Sgt. SIEGFRIED A. LEWIS | ASP SERGEANT | Lt. JEFF P. SHEELER |

| Rating Definition | |
|---|---|
| Role Model: | Employee's performance is exceptional and serves as a model for other employees. The employee made a major positive impact on the agency. |
| Highly Effective: | Employee's performance consistently surpasses established standards. The employee accomplished tasks and duties above requirements and made a positive impact on the agency. |
| Solid Performer: | Employee's performance meets all requirements for the position in a competent and proficient manner. This represents the expected level of performance as established by the agency director or supervisor. |
| Development Needed: | Employee's performance periodically falls short of requirements or the employee requires development in the position. |
| Unacceptable: | Employee's performance is inadequate and the employee has demonstrated an inability or unwillingness to improve or meet requirements. |

PE Rating: *Solid Performer*

### Communication

| | | |
|---|---|---|
| *Listening* | Actively listens to what others are saying; exhibits an openness to people and a willingness to hear what others are saying | 3-Solid Performer |
| *Interpersonal Skills* | Communicates well with others and treats others with respect; accepts direction; elicits thorough and thoughtful discussion and questions to accomplish tasks/goals | 3-Solid Performer |
| *Organization and Clarity* | Organizes written and verbal ideas clearly; speaks clearly and correctly; writes grammatically; uses correct punctuation and spelling | 3-Solid Performer |

Notes:

*Sgt. Siegfried Lewis #533* (signature)

## Professional Skills/Job Knowledge

| | | |
|---|---|---|
| **Job Knowledge** | Demonstrates knowledge and skills required for successfully carrying out job responsibilities; applies the most efficient, effective, and safest (where applicable) methods in completing job duties and responsibilities; keeps up to date on all relevant knowledge and skills areas to meet job requirements | 3-Solid Performer |
| **Time Management** | Meets deadlines; plans and organizes work; uses appropriate resources and techniques to ensure projects or assignments remain on target; establishes appropriate priorities with work assignments and makes effective use of discretionary time | 3-Solid Performer |
| **Learning/Training** | Learns and demonstrates new skills and knowledge quickly; learns and applies agency policies, industry or technical knowledge quickly | 3-Solid Performer |

Notes: Sgt. Lewis has many years experience in the Arkansas State Police. He is a good resource for knowledge and applies his job skills daily. He is responsible for ensuring that reports from Troop A meet deadlines to the Highway Safety Office.

## Leadership

| | | |
|---|---|---|
| **Supervisory Skills** | Organizes and motivates employees to accomplish work goals and tasks; provides workplace order and direction; available and accessible as a resource and support for others; gives consistent recognition to employees; is a resource for knowledge and skills | 3-Solid Performer |
| **Develops Employees** | Recognizes potential in employees and maximizes strengths of employees; mentors and coaches employees to contribute to the employee's growth and development | 3-Solid Performer |
| **Schedules Work** | Understands and assigns the proper allocation of resources for the purpose of getting work done within a defined timeframe | 3-Solid Performer |

Notes: Sgt. Lewis was placed on a Corrective Action Plan in 2017 for lack of supervisory effort. His job responsibilities changed as a result of the CAP. He has improved in his role at Troop A and contributes daily to the mission.

*[Signature: Sgt. Siegfried #555]*

**ATTACHMENT B**

# ARKANSAS STATE POLICE - CODE OF ETHICS
# ANNUAL ACKNOWLEDGEMENT STATEMENT

My supervisor/manager and I have reviewed and discussed the *Arkansas State Police – Code of Ethics*. I understand that my signature on this document indicates that I have read and fully understand the prohibited activities and my professional ethical conduct responsibilities as an employee of the Arkansas State Police as described in *Arkansas State Police – Code of Ethics*.

Siegfried Lewis
Employee name (PRINT)

_[signature]_
Employee signature

06/25/2018
Date

JEFF SHEELER
Supervisor/Manager name (PRINT)

Lt Jeff Sheeler
Supervisor/Manager signature

6/25/18
Date

*Note to Supervisor/Manager: The review and discussion of Arkansas State Police – Code of Ethic is an annual requirement. This signed document shall be submitted to Arkansas State Police-Human Resources.*

ASP - 2143