# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

---

Siegfried Lewis,                                                  Civ. No. 18-510 (JWB)

            Plaintiff,

v.

                                                               **FINAL PRETRIAL**
Arkansas State Police,                               **CONFERENCE AGENDA**
                                                                **(September 30, 2024)**

            Defendant.

---

1. **Court Trial Schedule**

2. **Defendant's Motion in Limine**

3. **Voir Dire Questions**

4. **Exhibits**
   a. Pre-Admitting Exhibits
   b. Remaining Objections
   c. Any objections to Exhibits identified to be used in opening statements

5. **Final Jury Instructions**

6. **Verdict Form**

7. **Witnesses**
   a. Witnesses for Day 1
   b. Plaintiff's proffer/foundation for any hostile Witnesses for Day 1
   c. Plaintiff's proffer for testimony from Wynona Bryant-Williams

\* **Reminder to counsel:** You are able to gain entry to the Courtroom starting at 12:00 p.m. on Monday, September 30, 2024, to set up and test technology. Please contact Jeremy_Canitz@ared.uscourts.gov for IT questions. Conference rooms will be available for counsel to use with their witnesses and trial materials on the Second Floor, near the Courtroom.

Date: September 26, 2024                          *s/ Jerry W. Blackwell*
                                                         JERRY W. BLACWELL
                                                           United States District Judge