# United States District Court
### Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

*I, Kinikia D. Essix, Clerk of Court, certify that*

## *Nathan Alexander Mungo*

*was duly admitted to practice in this Court on 07/06/2021,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 09/25/2024.*

**Kinikia D. Essix**
Clerk



*Jurnee Parker*
**Deputy Clerk**