IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SIEGFREID LEWIS**                                                   **PLAINTIFF**

vs.                      Case No. 4:18-cv-510-JWB

**ARKANSAS STATE POLICE**                              **DEFENDANT**

### MOTION FOR *PRO HAC VICE* ADMISSION OF BRANDYN MUNGO

Plaintiff Siegfreid Lewis ("Plaintiff" or "Plaintiff Lewis"), through counsel and pursuant to Local Rule 83.5 of the United States District Court for the Eastern District of Arkansas, respectfully requests that Brandyn Mungo be granted admission *pro hac vice* to appear as counsel, along with undersigned counsel, for Plaintiff in the above-styled matter.

1. Mr. Mungo avers that he is eligible and qualified to be admitted to practice before this Court *pro hac vice*. Mr. Mungo is an attorney at the law firm of MUNGO & MUNGO AT LAW, PLLC, with its principal office at 31700 Telegraph Road, Suite 250, Detroit, Michigan 48025; telephone (248) 792-7557, e-mail: bmungo@mungoatlaw.com. Mr. Mungo's resides in the State of Michigan, and he regularly practices law in the State of Michigan. He was admitted to the Michigan Bar in 2018, and he remains in good standing.

2. Mr. Mungo further avers that he was admitted to practice in the U.S. District Court – Eastern District of Michigan in 2018.

3. Mr. Mungo understands that by appearing in this case, he is subject to the rules of this Court, just as if he were a member of the bar of this district. Pursuant to Local Rule 83.5, Mr. Mungo further confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4. Mr. Mungo has never been suspended from the practice of law nor been disciplined by any state or local committee of agency.

5. Sean Short, an attorney at the law firm of SANFORD LAW FIRM, PLLC, located at 650 South Shackleford, Suite 411, Little Rock, Arkansas 72211, phone (501) 221-0088, e-mail: sean@sanfordlawfirm.com, designates himself as local counsel for purposes of this Motion and has already made an appearance in this case.

6. Pursuant to this Motion, the undersigned is subsequently providing payment in the amount of $100.00 as a fee to be allowed to appear *pro hac vice* in this case.

Plaintiff Lewis respectfully requests that the application for admission *pro hac vice* of Brandyn Mungo be granted and that Mr. Mungo be allowed to represent Plaintiff Lewis in the above-captioned matter.

Dated: September 27, 2024

Respectfully submitted,

**PLAINTIFF SIEGFREID LEWIS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

*Local Counsel for Plaintiff*

MUNGO & MUNGO AT LAW, PLLC
31700 Telegraph Road, Suite 250
Bingham Farms, Michigan 48025
Telephone: (248) 792-7557
Facsimile: (248) 792-7303

Leonard Mungo
Michigan Bar No. 43562
caseaction@mungoatlaw.com
*Admitted Pro Hac Vice*

Brandyn Mungo
*Pro Hac Vice* application pending
nmungo@mungoatlaw.com

*Lead Counsel for Plaintiff*