# United States District Court
## Eastern District of Michigan

### CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

## *Leonard Brandyn Mungo*

was duly admitted to practice in this Court on 12/03/2019,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 09/25/2024.

*Kinikia D. Essix*
Clerk



*Jurnee Parker*
Deputy Clerk