**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SIEGFRIED LEWIS**                                                                        **PLAINTIFF**

**v.**                           **CASE NO. 4:18-CV-00510-JWB**

**ARKANSAS STATE POLICE**                                            **DEFENDANT**

**MOTION TO PRECLUDE PLAINTIFF
FROM CALLING MATTHEW TOON AND ELVIS MULL AT TRIAL**

To prevent unfair prejudice to Defendant, Plaintiff should be precluded from calling Matthew Toon and Elvis Mull to testify at trial. Plaintiff's initial witness list exchanged on August 30, 2024, and Plaintiff's witness list filed on September 6, 2024, included both Matthew Toon and Elvis Mull. Doc. 134. At the September 17, 2024 zoom pretrial conference, Plaintiff's counsel affirmatively stated that he no longer intended to call Matthew Toon and Elvis Mull as witnesses at the trial of this matter scheduled to begin on October 1, 2024. After the zoom pretrial conference, counsel for Defendant informed Matthew Toon and Elvis Mull that their appearance was no longer needed at trial and no further preparation was done as to Matthew Toon and Elvis Mull.

Plaintiff's counsel emailed Defendant's counsel on Friday, September 27, 2024, at 4:16 p.m. and asked if Defendant's counsel had secured the appearance of Toon at trial. On September 29, 2024, at 9:39 a.m., Defendant's counsel emailed Plaintiff's counsel to remind him that he said he no longer intended to call Matthew Toon. Plaintiff's counsel responded that he changed his mind and intended to call Mr. Toon. Defendant's counsel responded that Defendant objects to adding a witness three days before the start of trial. Defendant's counsel also stated that he would work in good faith to secure Matthew Toon's appearance. See Exhibit 1 attached.

Plaintiff's counsel informed Defendant's counsel that Plaintiff now wishes to call Elvis Mull at trial on September 29, 2024, at 10:52 p.m. when he emailed to Defendant's counsel the

order he intends to call witnesses. Defendant's counsel responded at 7:48 a.m. on September 30, 2024 by reminding counsel for Plaintiff that he previously represented that he no longer intended to call Elvis Mull at trial.  Plaintiff's counsel responded by stating that he intends to call Elvis Mull and Matthew Toon at trial despite affirmatively stating, at the September 17, 2024 zoom hearing, that he no longer intended to call either witness. See Exhibit 2 attached.

Paragraph 4(d)(i) of the Second Amended Trial Notice and Pretrial Order states, "Any person who is not identified on a party's witness list may not testify at trial, unless the omission is excused for good cause." While Plaintiff included Matthew Toon and Elvis Mull on his filed exhibit list, Plaintiff informed Defendant and the Court that he no longer intended to call them at trial. Counsel for Defendant took Plaintiff at his word and informed Matthew Toon and Elvis Mull that they would no longer be called as witnesses. Most importantly, counsel for Defendant did not spend any additional trial preparation time preparing to cross-examine Matthew Toon and Elvis Mull.  Plaintiff should not be allowed to benefit from misrepresenting witnesses he intends to call. For these reasons, the Court should enforce its Second Amended Trial Notice and Pretrial Order and preclude Plaintiff from calling Matthew Toon and Elvis Mull as witnesses at trial.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General


By:    Carl F. "Trey" Cooper, III (ABN 2007294)
        Senior Assistant Attorney General

        Laura Purvis  (ABN 2023239)
        Assistant Attorney General

        Office of the Arkansas Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone:  (501) 320-3085
        Fax:     (501) 682-2591
        Email: trey.cooper@arkansasag.gov
                laura.purvis@arkansasag.gov

*Attorneys for Arkansas State Police*