Outlook

**Re: Lewis v. ASP**

| | |
|---|---|
| **From** | Trey Cooper <trey.cooper@arkansasag.gov> |
| **Date** | Sun 9/29/2024 1:02 PM |
| **To** | Case Action <caseaction@mungoatlaw.com> |
| **Cc** | Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov> |

As previously stated, I will see about getting him to appear.  I still need to know what day you want him there assuming he is available.  I also reserve the right to object to calling him.

**Carl F. "Trey" Cooper, III**
Senior Assistant Attorney General, Civil Division

**Office of Arkansas Attorney General Tim Griffin**
323 Center Street, Suite 200
Little Rock, Arkansas 72201
www.ArkansasAG.gov

(501) 682-2007 (Main)
(501) 682-3658 (Direct)
trey.cooper@arkansasag.gov



CONFIDENTIALITY NOTICE:  The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It may contain information that is privileged, confidential, or otherwise protected from disclosure.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

**From:** Case Action <caseaction@mungoatlaw.com>
**Sent:** Sunday, September 29, 2024 11:58 AM
**To:** Trey Cooper <trey.cooper@arkansasag.gov>
**Cc:** Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov>
**Subject:** Re: Lewis v. ASP

We full expect him to be present to testify. Unless of course he is on special mission/assignment out of town or otherwise unavailable ! Thanks for your cooperation…

Leonard Mungo
Sent from my iPhone


On Sep 29, 2024, at 10:45 AM, Trey Cooper <trey.cooper@arkansasag.gov> wrote:


We object to adding him back at this late date.  If we had known you intended to call him then we could have secured his appearance.  At this late date, we do not have time to spend running down witnesses to secure their appearance at trial.

Tomorrow, in the interest of not being difficult and working in good faith, I will inquire about his availability. What day do you want him in Court? As previously stated, I can't make any promises regarding his availability since we already told him that he wouldn't be required to appear.


**Carl F. "Trey" Cooper, III**
Senior Assistant Attorney General, Civil Division

**Office of Arkansas Attorney General Tim Griffin**
323 Center Street, Suite 200
Little Rock, Arkansas 72201
www.ArkansasAG.gov

(501) 682-2007 (Main)
(501) 682-3658 (Direct)
trey.cooper@arkansasag.gov

<Outlook-xgaep1oy.png>


CONFIDENTIALITY NOTICE:  The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It may contain information that is privileged, confidential, or otherwise protected from disclosure.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

**From:** Case Action <caseaction@mungoatlaw.com>
**Sent:** Sunday, September 29, 2024 9:46 AM

**To:** Trey Cooper <trey.cooper@arkansasag.gov>
**Cc:** Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov>
**Subject:** Re: Lewis v. ASP

He was questionable along with some others the point was that we shaved down the number we were calling but not certain as to which ones among others Toon and Johnson. Yes we are calling him. Thanks.

Leonard Mungo
Sent from my iPhone

> On Sep 29, 2024, at 10:39 AM, Trey Cooper <trey.cooper@arkansasag.gov> wrote:

After the pretrial hearing on September 17, 2024, were you said that you no longer intended to call Matthew Toon, we informed him that you no longer intend to call him. Have you changed your mind?

**Carl F. "Trey" Cooper, III**

Senior Assistant Attorney General, Civil Division

**Office of Arkansas Attorney General Tim Griffin**

323 Center Street, Suite 200
Little Rock, Arkansas 72201

www.ArkansasAG.gov

501.682.2007 (Main)
501.682.3658 (Direct)
trey.cooper@arkansasag.gov



CONFIDENTIALITY NOTICE:  The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It may contain information that is privileged, confidential, or otherwise protected from disclosure.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

**From:** Case Action <caseaction@mungoatlaw.com>
**Sent:** Saturday, September 28, 2024 7:51:00 PM
**To:** Trey Cooper <trey.cooper@arkansasag.gov>
**Cc:** Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov>
**Subject:** Re: Lewis v. ASP

That'l work. Were you able to nail Toon down ?

Leonard Mungo
Sent from my iPhone

> On Sep 28, 2024, at 6:16 PM, Trey Cooper <trey.cooper@arkansasag.gov> wrote:
>
> I apologize. I have been away from my phone today. I should be able to talk tomorrow anytime between 10:00 am and 1:30 pm (CST).
>
> **Carl F. "Trey" Cooper, III**
>
> Senior Assistant Attorney General, Civil Division
>
> **Office of Arkansas Attorney General Tim Griffin**
>
> 323 Center Street, Suite 200
> Little Rock, Arkansas 72201
>
> www.ArkansasAG.gov
>
> 501.682.2007 (Main)
> 501.682.3658 (Direct)
> trey.cooper@arkansasag.gov
>
> 
>
> CONFIDENTIALITY NOTICE:  The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It may contain information that is privileged, confidential, or otherwise protected from disclosure.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have

received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

---

**From:** Case Action <caseaction@mungoatlaw.com>
**Sent:** Saturday, September 28, 2024 11:42:46 AM
**To:** Trey Cooper <trey.cooper@arkansasag.gov>
**Cc:** Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov>
**Subject:** Re: Lewis v. ASP

Mr. Cooper,

What's a good time for you to get on a call to discuss a few items briefly.

Please advise.

Leonard Mungo

---

**From:** Trey Cooper <trey.cooper@arkansasag.gov>
**Sent:** Friday, September 27, 2024 11:02 AM
**To:** Case Action <caseaction@mungoatlaw.com>
**Cc:** Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov>
**Subject:** Re: Lewis v. ASP

Per our discussion the updated lists are attached. We will call you at 11:55 (CST) so that we can call the Court for the call Judge Blackwell wants at noon.

**Carl F. "Trey" Cooper, III**
Senior Assistant Attorney General, Civil Division

**Office of Arkansas Attorney General Tim Griffin**
323 Center Street, Suite 200
Little Rock, Arkansas 72201
www.ArkansasAG.gov

(501) 682-2007 (Main)
(501) 682-3658 (Direct)
trey.cooper@arkansasag.gov

<Outlook-fnksprmm.png>