Outlook

**EXHIBIT 2**

### Re: Lewis v. Arkansas State Police

| | |
|---|---|
| **From** | Trey Cooper <trey.cooper@arkansasag.gov> |
| **Date** | Mon 9/30/2024 7:47 AM |
| **To** | Case Action <caseaction@mungoatlaw.com> |
| **Cc** | Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov> |

According to my notes from the September 17 Zoom hearing, you informed us and the Court that you no longer intended to call Matthew Toon or Elvis Mull at trial. The first indication that you intend to call Matthew Toon was Friday, September 27, 2024 when you asked if I secured his presence at trial. The first indication you intend to call Elvis Mull was last night when you emailed me at 10:52 p.m.

Because you affirmatively stated that you no longer planned to call Elvis Mull and Matthew Toon and because we will be prejudiced since we do not have time this close to trial to pivot and prepare for two new witnesses testimony, we object to Elvis Mull and Matthew Toon being called as witnesses.

All that being said, do you need me to inquire as to the availability of Elvis Mull to appear at trial? While we object to the witnesses for the above stated reasons, I will do my best to make sure they appear in the event the Court overrules our objections.

**Carl F. "Trey" Cooper, III**
Senior Assistant Attorney General, Civil Division

**Office of Arkansas Attorney General Tim Griffin**
323 Center Street, Suite 200
Little Rock, Arkansas 72201
www.ArkansasAG.gov

(501) 682-2007 (Main)
(501) 682-3658 (Direct)
trey.cooper@arkansasag.gov



CONFIDENTIALITY NOTICE: The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It may contain information that is privileged, confidential, or otherwise protected from disclosure. It is intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have

received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

---

**From:** Case Action <caseaction@mungoatlaw.com>
**Sent:** Sunday, September 29, 2024 10:52 PM
**To:** Trey Cooper <trey.cooper@arkansasag.gov>
**Cc:** Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov>
**Subject:** Re: Lewis v. Arkansas State Police

Mr. Cooper,

As it stands, Plaintiff's order of witnesses it intends to call at trial are as follows:

1. Michael Hagar
2. Darran Austin
3. Jeffrey Sheeler
4. Matthew Toon
5. Elvis Mull
6. Eric Agee
7. Keith Eremea
8. Alex Finger
9. Siegfried Lewis

Please be advised that the above list is being submitted out of the abundance of caution to avoid a failure to comply with the Court's orders. However, it is Plaintiff's understanding that item 8 of the Court's order dated 9/18/2024, supersedes item 4(d)(iii) of the Court's Second Amended Trial Order entered on 6/11/2024 providing instructions regarding the disclosure of the order in which the parties intend to call witnesses at trial.

Therefore, Plaintiff reserves the right to alter the order it intends to call its witnesses at trial.

Leonard Mungo

---

**From:** Trey Cooper <trey.cooper@arkansasag.gov>
**Sent:** Sunday, September 29, 2024 9:55 PM
**To:** Case Action <caseaction@mungoatlaw.com>
**Cc:** Laura Purvis <laura.purvis@arkansasag.gov>; Michelle Bond <michelle.bond@arkansasag.gov>
**Subject:** Lewis v. Arkansas State Police

Mr. Mungo,

Paragraph 4(d)(iii) of the Second Amended Trial Notice and Pretrial Order (Doc 122) requires each party to make a good faith effort to disclose the expected order of its witnesses two calendar days before the start of their case-in-chief.  Please provide this information ASAP.

Thank you,

Trey

**Carl F. "Trey" Cooper, III**
Senior Assistant Attorney General, Civil Division

**Office of Arkansas Attorney General Tim Griffin**
323 Center Street, Suite 200
Little Rock, Arkansas 72201
www.ArkansasAG.gov

(501) 682-2007 (Main)
(501) 682-3658 (Direct)
trey.cooper@arkansasag.gov



CONFIDENTIALITY NOTICE:  The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It may contain information that is privileged, confidential, or otherwise protected from disclosure.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEDGED; ATTORNEY WORK PRODUCT:** Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.
**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEDGED; ATTORNEY WORK PRODUCT:** Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.