# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

# CIVIL JURY TRIAL

| | | |
|---|---|---|
| **Siegfried Lewis**, | ) | **COURT MINUTES** |
| | ) | BEFORE: The Hon. Jerry W. Blackwell |
| Plaintiff, | ) | United States District Judge |
| | ) | |
| v. | ) | Case No: 18-CV-510 (JWB) |
| | ) | Date: Tuesday, October 1, 2024 |
| **Arkansas State Police**, | ) | Courthouse: Little Rock |
| | ) | Courtroom: 2-A |
| Defendant. | ) | Deputy: Dionne M. Dodd |
| | ) | Court Reporter: Graham Higdon and Lorie Kennedy |
| | ) | Time Commenced: 8:35 a.m. |
| | ) | Time Concluded: 4:40 p.m. |
| | ) | Time in Court: 5 Hours & 45 Minutes |

**APPEARANCES:**
  Plaintiff:   Leonard Mungo / Joshua Sanford / Sean Short / Nathan Mungo
  Defendant:   Carl Cooper, III / Laura Purvis

**PROCEEDINGS:**

X   **Jury Selection.**
X   **JURY Trial - Began**.
X   Jury impaneled
X   Opening statements.
X   Plaintiff's witnesses: Matthew Toon

The Civil Jury Trial in this matter will continue on <u>Wednesday, October 2, 2024, at 9:00 a.m.</u>, in <u>Courtroom 2-AB (Little Rock Courthouse)</u>, before The Hon. Jerry W. Blackwell.

Date:   <u>Monday, October 1, 2024</u>                             *s/ D. Dodd*
                                                                                    Courtroom Deputy