# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

# CIVIL JURY TRIAL

| | |
|---|---|
| **Siegfried Lewis**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: The Hon. Jerry W. Blackwell |
| | United States District Judge |
| v. | Case No: 18-CV-510 (JWB) |
| | Date: Wednesday, October 2, 2024 |
| **Arkansas State Police**, | Courthouse: Little Rock |
| | Courtroom: 2-A |
| Defendant. | Deputy: Dionne M. Dodd |
| | Court Reporter: Graham Higdon and Lorie Kennedy |
| | Time Commenced: 9:11 a.m. |
| | Time Concluded: 4:52 p.m. |
| | Time in Court: 6 Hours & 11 Minutes |

**APPEARANCES:**
  Plaintiff:   Leonard Mungo   / Joshua Sanford / Sean Short / Nathan Mungo
  Defendant:   Carl Cooper, III / Laura Purvis

**PROCEEDINGS:**

X   **JURY Trial Held.**
X   Plaintiff's witnesses:
       Michael Hagar, Darran Austin, Jeffrey Sheeler
X   Defendant's witnesses:
       Michael Hagar, Darran Austin
X   Exhibits admitted: 1, 2, 3, 4, 5, 6, 7, 15, 17, 18, 19, 26, 31, 32, 43, 52, 65

The Civil Jury Trial in this matter will continue on <u>Thursday, October 3, 2024, at 9:00 a.m.</u>, in <u>Courtroom 2-AB (Little Rock Courthouse)</u>, before The Hon. Jerry W. Blackwell.

Date:   Wednesday, October 2, 2024                              *s/ D. Dodd*
                                                                 Courtroom Deputy