# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

# CIVIL JURY TRIAL

|  |  |
|---|---|
| **Siegfried Lewis**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: The Hon. Jerry W. Blackwell, United States District Judge |
| v. | Case No: 18-CV-510 (JWB) |
| **Arkansas State Police**, | Date: Thursday, October 3, 2024 |
|  | Courthouse: Little Rock |
| Defendant. | Courtroom: 2-A |
|  | Deputy: Dionne M. Dodd |
|  | Court Reporter: Graham Higdon and Lorie Kennedy |
|  | Time Commenced: 9:08 a.m. |
|  | Time Concluded: 5:01 p.m. |
|  | Time in Court: 5 Hours & 51 Minutes |

**APPEARANCES:**
  Plaintiff:    Leonard Mungo / Joshua Sanford / Sean Short / Nathan Mungo
  Defendant:   Carl Cooper, III / Laura Purvis

**PROCEEDINGS:**

X   **JURY Trial Held.**
X   Plaintiff's witnesses:
       Jeffrey Sheeler, Elvis Mull, Alex Finger
X   Defendant's witnesses:
       Jeffrey Sheeler
X   Exhibits admitted: 34, 36, 37, 44, 57, 58, 66

The Civil Jury Trial in this matter will continue on <u>Friday, October 4, 2024, at 9:00 a.m.</u>, in <u>Courtroom 2-AB (Little Rock Courthouse)</u>, before The Hon. Jerry W. Blackwell.

Date:   Thursday, October 3, 2024                             *s/ D. Dodd*
                                                              Courtroom Deputy