# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

---

| | |
|---|---|
| Siegfried Lewis, | Civ. No. 18-510 (JWB) |
| Plaintiff, | |
| v. | **ORDER ON MOTIONS FOR JUDGMENT AS A MATTER OF LAW** |
| Arkansas State Police, | |
| Defendant. | |

---

For the reasons stated on the record during trial on October 4, 2024, **IT IS HEREBY ORDERED** that the parties' oral Motions for Judgment as a Matter of Law under Fed. R. Civ. P. 50(a) are **DENIED**.

Date: October 4, 2024         *s/ Jerry W. Blackwell*
                              JERRY W. BLACKWELL
                              United States District Judge