# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

# CIVIL JURY TRIAL

| | | | |
|---|---|---|---|
| **Siegfried Lewis**, | ) | **COURT MINUTES** | |
| | ) | BEFORE: | The Hon. Jerry W. Blackwell |
| Plaintiff, | ) | | United States District Judge |
| | ) | | |
| v. | ) | Case No: | 18-CV-510 (JWB) |
| | ) | Date: | Friday, October 4, 2024 |
| **Arkansas State Police**, | ) | Courthouse: | Little Rock |
| | ) | Courtroom: | 2-A |
| Defendant. | ) | Deputy: | Dionne M. Dodd |
| | ) | Court Reporter: | Graham Higdon and Valarie Flora |
| | ) | Time Commenced: | 8:49 a.m. |
| | ) | Time Concluded: | 5:55 p.m. |
| | ) | Time in Court: | 6 Hours & 7 Minutes |

**APPEARANCES:**
  Plaintiff:   Leonard Mungo   / Joshua Sanford / Sean Short / Nathan Mungo
  Defendant:   Carl Cooper, III / Laura Purvis

**PROCEEDINGS:**

| | |
|---|---|
| X | **JURY Trial Held.** |
| X | Plaintiff's witnesses: |
|   | Alex Finger, Siegfried Lewis |
| X | Defendant's witnesses: |
|   | Siegfried Lewis, Michael Bain, Michael Hager |
| X | Exhibits admitted: 12, 14, 24, 47 |
| X | Defendant's motion for directed verdict. |
| X | Plaintiff's motion for directed verdict. |
| X | Plaintiff rests.    X   Defendant rests. |
| X | Closing arguments. |
| X | Jury received case at 4:16 pm. Jury excused at 5:44 pm. |

The Civil Jury Trial Jury Deliberation in this matter will continue on <u>Monday, October 7, 2024, at 9:00 a.m.</u>, in <u>Courtroom 2-AB (Little Rock Courthouse)</u>, before The Hon. Jerry W. Blackwell.


Date:   Friday, October 4, 2024                              *s/ D. Dodd*
                                                             Courtroom Deputy