# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

# CIVIL JURY TRIAL

| | | |
|---|---|---|
| **Siegfried Lewis**, | ) | **COURT MINUTES** |
| | ) BEFORE: | The Hon. Jerry W. Blackwell |
| Plaintiff, | ) | United States District Judge |
| | ) | |
| v. | ) Case No: | 18-CV-510 (JWB) |
| | ) Date: | Monday, October 7, 2024 |
| **Arkansas State Police**, | ) Courthouse: | Little Rock |
| | ) Courtroom: | 2-A |
| Defendant. | ) Deputy: | Dionne M. Dodd |
| | ) Court Reporter: | Lorie Kennedy |
| | ) Time Commenced: | 9:12 a.m. |
| | ) Time Concluded: | 5:18 p.m. |
| | ) Time in Court: | 30 Minutes |

**APPEARANCES:**
    Plaintiff:    Leonard Mungo   / Joshua Sanford / Sean Short / Nathan Mungo
    Defendant:    Carl Cooper, III / Laura Purvis

**PROCEEDINGS:**

X    Jury resumed deliberations on Monday, October 7, 2024.
X    **JURY Trial Concluded.**
X    Verdict Rec'd at for:
        ☐ Plaintiff
        X Defendant
g:
        ☐ Judgment in favor of Plaintiff.
        X Judgment in favor of Defendant.

X    Verdict filed in Open Court.

IT IS ORDERED:
X    Clerk to enter Judgment.

CLERK'S USE ONLY:

X    Number of trial days with evidence - 5.
X    Exhibits returned to counsel or parties.

Date:    Monday, October 7, 2024            *s/ D. Dodd*
                                                                          Courtroom Deputy