## DO NOT DESTROY

DATE: October 7, 2024                                                                 TIME: 9:10 am

CASE NO.: 18cv510

## NOTE FROM JURORS - DELIBERATIONS

Is it possible to get transcripts of different witnesses?

John Kobera<br>FOREPERSON

TIME: 10:29 a.m.

## RESPONSE FROM JUDGE

Returned to courtroom to answer juror's question on the record. No, you must rely on your own recollection of witness testimony.

s/ Jerry W. Blackwell<br>JERRY W. BLACKWELL<br>UNITED STATES DISTRICT JUDGE

## **DO NOT DESTROY**

DATE: October 4, 2024                                                           TIME: _____

CASE NO.: 18cv510

## **NOTE FROM JURORS-DELIBERATIONS**

We have a juror who is unavailable Mon – Thur of next week & we are no where near a decision. However we have a few jurors who need to leave soon tonight. What do we do? They need to leave for safety of driving at night & prior commitments.

                                                              John Kobera
                                                                     FOREPERSON

TIME: 5:40 p.m.

## **RESPONSE FROM JUDGE**

Returned to courtroom to answer juror's question on the record. Juror #7 was excused. Jurors were excused at 5:55 pm for the weekend. Jury deliberation to continue on Monday, October 7, 2024 at 9:00 a.m.

                                                     s/ Jerry W. Blackwell
                                                     JERRY W. BLACKWELL
                                                     UNITED STATES DISTRICT JUDGE