U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
OCT 07 2024
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

---

Siegfried Lewis,

    Plaintiff,

v.

Arkansas State Police,

    Defendant.

Civ. No. 18-510 (JWB)

**VERDICT FORM**

---

## VERDICT

**Note:** *Complete the following paragraph by writing in the name required by your verdict.*

On the race discrimination claim of Plaintiff Siegfried Lewis, as submitted in Final Instruction No. 9 (5.40 Elements of a Claim), we find in favor of:

    _____Defendant Arkansas State Police_____
    (Plaintiff Siegfried Lewis)    or    (Defendant Arkansas State Police)

**Note:** *Answer the next question only if the above finding is in favor of the Plaintiff. If the above finding is in favor of the Defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.*

Has it been proved that the Defendant would have reassigned the Plaintiff regardless of his race?

    _____ Yes    _____ No

(Mark an "X" in the appropriate space)

1

**Note:** *Complete the following paragraphs only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.*

We find the Plaintiff's damages to be:

$ _____ (stating the amount or, if you find that the Plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).


                                                            Foreperson

Dated: Oct 7 2024

2