# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     ARKANSAS

**SIEGFRIED LEWIS**
V.
**ARKANSAS STATE POLICE**

**EXHIBIT LIST**

Case Number:  4:18-cv-510

| PRESIDING JUDGE<br>Hon. Jerry W. Blackwell | PLAINTIFF'S ATTORNEY<br>Leonard Mungo | DEFENDANT'S ATTORNEY<br>Carl F. "Trey" Cooper, III |
|---|---|---|
| TRIAL DATE (S)<br>10/01/2024 – 10/04/2024 | COURT REPORTER<br>Graham Higdon & Valarie Flora | COURTROOM DEPUTY<br>Dionne Dodd |

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 1 | 10-2-24 | X | X | Letter of Warning from Sheeler to Plaintiff dated 06/01/2017 (ASP 875) |
| 2 | 10-2-24 | X | X | Corrective Action Plan dated 06/02/2017 (ASP 879 - 880) |
| 3 | 10-2-24 | X | X | Memo dated 07/05/2017 (ASP 876 – 878) |
| 4 | 10-2-24 | X | X | Plaintiff's Performance Evaluation dated 03/27/2014 (ASP 2150 - 2152) |
| 5 | 10-2-24 | X | X | Plaintiff's Performance Evaluation dated 04/03/2015 (ASP 2147 - 2149) |
| 6 | 10-2-24 | X | X | Plaintiff's Performance Evaluation dated 03/17/2016 (ASP 2144 - 2146) |
| 7 | 10-2-24 | X | X | Plaintiff's Performance Evaluation dated 04/24/2017 (ASP 001 - 003) |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | 10/4/24 | X | X | Memo from Sheeler to Plaintiff dated 12/18/2018 (ASP 015 - 016) |
| 13 | | | | |
| 14 | 10-4-24 | X | X | Emails dated 09/07/2018 (ASP 334) |
| 15 | 10-2-24 | X | X | Emails from Darran Austin (ASP 648 - 663) |
| 16 | | | | |
| 17 | 10-2-24 | X | X | Don Johnson Performance Memo dated 10/23/2018 (ASP 2285 - 2286) |
| 18 | 10-2-24 | X | X | General Operations Policy Manual (ASP 2233 - 2279) |
| 19 | 10-2-24 | X | X | Law Enforcement Policy Manual (ASP 2198 - 2224) |
| 20 | | | | |
| 21 | | | | Sheeler email to Williams, Lewis, Johnson, and Bain (PLT 40 - 41) |
| 22 | | | | Bain Pending Reports (PLT 42 - 53) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. Locally 03/18)

**EXHIBIT LIST – CONTINUATION**

| SIEGFRIED LEWIS | vs. | ARKANSAS STATE POLICE | CASE NO. 4:18-cv-510 |

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 23 | | | | Email describing Plaintiff's New Duties (PLT 54 - 55) |
| 24 | 10-4-24 | X | X | Plaintiff's 2018 Performance Evaluation (ASP 2141 - 2143) |
| 25 | | | | |
| 26 | 10-2-24 | X | X | Memo from Austin dated 6-27-2014 (ASP-0885 - 886) |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | 10-2-24 | X | X | Memo from Austin dated 9-8-2014 (ASP-0887 - 0888) |
| 32 | 10-2-24 | X | X | Memo from Austin dated 11-10-2014 (ASP-0882 - 0884) |
| 33 | | | | |
| 34 | 10-3-24 | X | X | Memo from Sheeler dated 03-02-2016 (ASP 006 – 007) |
| 35 | | | | |
| 36 | 10-3-24 | X | X | Emails from Sheeler dated 12-1-2016 and 1-2-2017 (ASP-2133) |
| 37 | 10-3-24 | X | X | Emails from Sheeler dated 2-13-2017, 2-23-2017, and 2-28-2017 (ASP-2034 -2035) |
| 38 | | | | Emails from Sheeler dated 3-3-2017 (ASP-2024 - 2025) |
| 39 | | | | Memo from Sheeler dated 3-20-2017 (ASP-0017 - ASP-0018) |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | 10-2-24 | X | X | Emails from Hagar dated 4-26-17, 5-1-17, & 5-3-17 (ASP-0322, ASP-1841, ASP 1835, ASP-1782) |
| 44 | 10-3-24 | X | X | Emails from Sheeler dated 5-31-2017 and 6-1-2017 (ASP-1750 - 1755) |
| 45 | | | | |
| 46 | | | | |
| 47 | 10-4-24 | X | X | Emails from Sheeler dated 6-19-2017 and 6-22-2017 (ASP-0323 - 324) |
| 48 | | | | |
| 49 | | | | |

AO 187A (Rev. Locally 03/18)

## EXHIBIT LIST – CONTINUATION

| SIEGFRIED LEWIS | vs. | ARKANSAS STATE POLICE | CASE NO. 4:18-cv-510 |

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 50 | | | | |
| 51 | | | | |
| 52 | 10-2-24 | X | X | Sheeler Notes regarding pursuit packet submitted on 04/17/2017 (ASP-0881) |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | Email dated 01/10/2017 (ASP 2103) |
| 56 | | | | Email from Sheeler to Plaintiff dated 01/03/2017 (ASP 2125 - 2126) |
| 57 | 10-3-24 | X | X | Email from Plaintiff to Sheeler dated 03/23/2017 (ASP 1995) |
| 58 | 10-3-24 | X | X | Emails between Sheeler and Plaintiff (ASP 1992 - 1993) |
| 59 | | | | Emails between Sheeler and Plaintiff (ASP 1833) |
| 60 | | | | Emails dated 05/03/2017 (ASP 1820) |
| 61 | | | | Emails between Sheeler and Plaintiff dated 05/19/2017 (ASP 1781) |
| 62 | | | | Emails about office (ASP 1772 - 1773) |
| 63 | | | | Emails dated 05/26/2017 (ASP 1768) |
| 64 | | | | Emails between Sheeler, Hagar, and Plaintiff (ASP 1718 - 1719) |
| 65 | 10-2-24 | X | X | Performance, Goals and Compensation System (ASP 2171 - 2176) |
| 66 | 10-3-24 | X | X | Memo from Lewis to Sheeler dated 11/01/2017 (S. Lewis 58) |
| | | | | |
| | | | | |
| | | | | |
| | | | | Demonstrative Exhibit 1 (Defense) |
| | | | | Demonstrative Exhibit 2 (Defense) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |