IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SIEGFREID LEWIS                                                                                    PLAINTIFF

v.                                         No.   4:18-cv-510-JWB

ARKANSAS STATE POLICE                                                                    DEFENDANT

## CERTIFICATE OF RECEIPT

Defendant's exhibits received into evidence during the jury trial of this matter returned to counsel for defendant on this ___7th___ of October 2024.

Received by _/s/ Carl F. Cooper III_