# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| SIEGFRIED LEWIS, ) | **COURT'S FINAL WITNESS LIST** |
| ) | |
| Plaintiff(s), ) | |
| ) | **Civil No.: 4:18-CV-510 BSM** |
| v. ) | |
| ) | |
| ARKANSAS STATE POLICE, ) | |
| ) | |
| Defendant(s). ) | |

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| Honorable Jerry W. Blackwell | | | Carl "Trey" Cooper | Leonard Mungo |
| TRIAL DATE (S) | | | COURT REPORTER | COURTROOM DEPUTY |
| October 1-7, 2024 | | | G. Higdon, L. Kennedy, Valarie Flora | Dionne Dodd |

| PLF. NO. | DEF.NO. | DATE | WITNESSES |
|---|---|---|---|
| X | | 10/1/24 | Matthew Toon |
| X | X | 10/2/24 | Michael Hagar |
| X | X | 10/2/24 | Darran Austin |
| X | | 10/2/24 | Jeffrey Sheeler |
| X | X | 10/3/24 | Jeffrey Sheeler |
| X | | 10/3/24 | Elvis Mull |
| X | | 10/3/24 | Alex Finger |
| X | | 10/4/24 | Alex Finger |
| X | X | 10/4/24 | Siegfried Lewis |
| | X | 10/4/24 | Michael Bain |
| | X | 10/7/24 | Michael Hagar |