# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

**SIEGFREID LEWIS,**                      **JUDGMENT IN A CIVIL CASE**

            Plaintiff(s),

v.                                   Case Number: 4:18-cv-00510 JWB

**ARKANSAS STATE POLICE,**

            Defendant(s).

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is therefore entered in favor of Arkansas State Police. The complaint of Siegfried Lewis is therefore dismissed with prejudice.

Date: 10/9/2024                                Cory D. Wilkins, Deputy Clerk
                                                 Clerk of the Eastern District of Arkansas

Date: 10/9/2024                                Jerry W. Blackwell
                                                 Judge Jerry W. Blackwell