IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIEGFREID LEWIS**                                                                                          **PLAINTIFF**

vs.                                                    No. 4:18-cv-510-JWB

**ARKANSAS STATE POLICE**                                                                 **DEFENDANT**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Siegfreid Lewis in the above-named case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Orders and Judgment entered in this action, ECF Numbers 48, 102, 170, 175, 180, 186 and all orders of the District Court contributing thereto.

                                                      Respectfully submitted,

                                               **PLAINTIFF SIEGFREID LEWIS**

                                               MUNGO & MUNGO AT LAW, PLLC
                                               31700 Telegraph Road, Suite 250
                                               Bingham Farms, Michigan 48025
                                               Telephone: (248) 792-7557
                                               Facsimile: (248) 792-7303

                                               Leonard Mungo
                                               Michigan Bar No. 43562
                                               caseaction@mungoatlaw.com
                                               *Admitted Pro Hac Vice*

                                               *Lead Counsel for Plaintiff*

                                               SANFORD LAW FIRM, PLLC
                                               Kirkpatrick Plaza
                                               10800 Financial Centre Pkwy, Suite 510
                                               Little Rock, Arkansas 72211
                                               Telephone: (800) 615-4946
                                               Facsimile: (888) 787-2040

                    Josh Sanford
                    Ark. Bar No. 2001037
                    josh@sanfordlawfirm.com

                    *Local Counsel for Plaintiff*