# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

Siegfried Lewis

v.    Case No. 4:18-cv-00510-JWB

Arkansas State Police

## TRANSCRIPT REQUEST

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

A.  Complete one of the following:
  - ( ) A transcript is not needed for the appeal.
  - ( ) A transcript is already on file.
  - (×) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

   Complete Trial Transcript including Voire Dire, Opening Statements and Closing Arguments and any Jury Questions ECF 166 - 171. Transcript from Motions for Judgement as a Matter of Law ECF #170.; Court Reporters are: Lorie Kennedy; Graham Higdon and Valarie Flora.

B.  I certify that financial arrangements have been made with the reporter. Payment is by:
  - (×) Private funds.
  - ( ) Government expense (civil case.) A motion for transcript has been submitted to the judge.

SIGNED _Leonard M Mungo_   DATE 12/27/2024   COUNSEL FOR Siegfried Lewis

ADDRESS 31700 Telegraph Rd. Ste. 250, Bingham Farms, MI 48025

TELEPHONE 248-792-7557