# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 13, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
                    DEP CLERK
```

No: 24-3566

Siegfreid Lewis

Plaintiff - Appellant

v.

Arkansas State Police; Jeff Sheeler; Mike Hagar; William J. Bryant

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00510-JWB)

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 13, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Maureen W. Gornik