UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 13, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
   DEP CLERK

No: 24-3566

Siegfreid Lewis

Appellant

v.

Arkansas State Police, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00510-JWB)

---

**MANDATE**

In accordance with the judgment of January 13, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 13, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit